UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x   Case No. 1:23-cv-05671-AKH

CIPHERBLADE, LLC, a Pennsylvania Limited
Liability Corporation, and CIPHERBLADE, LTD, a
United Kingdom limited company

                     Plaintiffs,   **NOTICE OF APPEARANCE**

                     v.

CIPHERBLADE, LLC, an Alaska Limited Liability
Corporation, *et al.*,

                     Defendants.
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned appears as counsel for plaintiffs CipherBlade, LLC, a Pennsylvania Limited Liability Corporation and CipherBlade, Ltd., a United Kingdom limited company herein and hereby requests that all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated:    July 5, 2023
            New York, New York

                                                         **CROWELL & MORING LLP**

                                 By:    *s/Alexander J. Urbelis*
                                             Alexander J. Urbelis

                                         590 Madison Avenue, 20th Floor
                                         New York, New York 10022
                                         Telephone: (212) 223-4000
                                         Facsimile: (212) 223-4134
                                         aurbelis@crowell.com

                                         *Attorneys for plaintiffs CipherBlade, LLC, a Pennsylvania Limited Liability Corporation and CipherBlade, Ltd., a United Kingdom limited company*