UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x   Case No. 1:23-cv-05671-AKH
CIPHERBLADE, LLC, a Pennsylvania Limited
Liability Corporation, and CIPHERBLADE, LTD, a
United Kingdom limited company

                 Plaintiffs,   **NOTICE OF APPEARANCE**

                 v.

CIPHERBLADE, LLC, an Alaska Limited Liability
Corporation, *et al.*,

                 Defendants.
------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned appears as counsel for plaintiffs CipherBlade, LLC, a Pennsylvania Limited Liability Corporation and CipherBlade, Ltd., a United Kingdom limited company herein and hereby requests that all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated:     July 5, 2023
              New York, New York

                                         **CROWELL & MORING LLP**

                    By:    <u>s/James K. Stronski</u>
                           James K. Stronski

                           590 Madison Avenue, 20th Floor
                           New York, New York 10022
                           Telephone: (212) 223-4000
                           Facsimile: (212) 223-4134
                           aurbelis@crowell.com

                           *Attorneys for plaintiffs CipherBlade, LLC, a Pennsylvania Limited Liability Corporation and CipherBlade, Ltd., a United Kingdom limited company*