


**Alexander J. Urbelis**
AUrbelis@crowell.com
(212) 895-4254  direct

Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, NY 10022
+1.212.223.4000  main
+1.212.223.4134  fax

July 21, 2023

<u>**Via ECF**</u>

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**   **CipherBlade, LLC (PA) v. CipherBlade LLC (AK)** *et alia*, Case No. 1:23-cv-05671-AKH

Dear Judge Hellerstein:

This law firm represents the Plaintiff CipherBlade LLC in the above-referenced matter, assigned to Your Honor.  We write to provide the Court courtesy copies of the filings made yesterday of our: (i) Proposed Order to Show Cause for a Temporary Restraining Order, (ii) Plaintiff's brief in support of its applications, and (iii) the declarations of Messrs. Sanders and Sibenik.

We have served Mr. Maile and CipherBlade Alaska through their counsel authorized to accept service, and sent courtesy copies to all other defendants for whom we have email addresses.

Given the nature of the alleged activities of the Defendants that is not only causing immediate and lasting harm to Plaintiff, but which also imperils members of the public, we respectfully move by this letter-application for expedited hearing of the motion just filed.

Respectfully submitted,

Alexander J. Urbelis