# EXHIBIT 1



# CipherBlade
Blockchain Investigation Agency

+1 (732) 890-7874
rich@cipherblade.com
www.cipherblade.com

## Curriculum Vitae of **Richard Sanders, CRC**

*Forensics reports, Declarations, and other work samples available upon request and NDA signing.*

**Summary:** Combat veteran continuing a sense of mission as a blockchain forensics expert and cryptocurrency cybercrime investigator with experience in dozens of cases. Seen as subject matter expert by legal, law enforcement, and regulatory professionals. Experience working with top law firms performing forensics work and other expertise-based supportive efforts. Experience testifying and writing reports for a diverse array of cases involving cryptocurrency, including OTC deals, theft (as one example, SIM-swaps), and suspect ICO (misappropriation/embezzlement/etc.) disputes. Strong leadership, investigative, and analytical skills foster results.

### CipherBlade: Lead Investigator, Co-Founder

- Launched first-of-kind cryptocurrency investigative agency
- Leads team of 8 staff dedicated to uprooting fraud and discovering the truth via the blockchain
- Renowned expert in blockchain forensics (utilizing tools such as Chainalysis, Crystal, or tools developed internally by need,) briefing law enforcement, legal professionals, and senior level exchange executives/compliance staff on complex blockchain transactions, security vulnerabilities, and other rapidly evolving elements of new waves of crime
    - First Certified Investigative Partner with Chainalysis
- Expert witness with experience leveraging deep knowledge of cryptocurrency criminal methodologies and networks
    - Maintains active infiltration in underground hacker/scammer communities to maintain cutting edge threat intelligence leveraged by AML professionals and law enforcement
    - Developed and maintains list of common tendencies/observations of suspicious blockchain companies, which have provided 100% accuracy in data points upon reviewing ICOs/equivalent for mismanagement, embezzlement, and other crime
    - Serves as trainer and mentor for professionals in the public and private sector regarding fusion of on-chain and off-chain intelligence, leveraging OSINT and other techniques with blockchain forensics expertise to foster an environment in which "they can't hide"
    - Has a 100% success rate in unveiling undisclosed cryptocurrencies in divorce cases
- Lead investigator for dozens of cryptocurrency scams and hacks, most notably the 'OGUsers' ring with many arrests in 2018
    - As a lead investigator, is involved throughout full case lifecycle, from the time of incident through prosecution
    - Assists affected parties with stabilizing upon breach and gathering initial forensics data
    - Generates law enforcement reports in a renowned "pretty box with a ribbon" format, greatly enhancing likelihood that reports are actionable and serving as a catalyst for law enforcement action on highly complex cases that often lack past "playbook precedent"

- 
  - Conducts investigation of person(s) of interest for such incidents, including social engineering of social engineers, and feeding identifying data to law enforcement which led to the arrests of many simswappers via REACT and the FBI
  - Assists prosecutors by feeding evidence and opinion in order to ensure person(s) responsible for these incidents are held appropriately accountable
  - Assists victims and legal counsel by generating Declarations, often enabling and expediting asset recovery after arrests and asset seizure
- Advisor for top-tier blockchain projects, such as Dusk and ChromaWay
- Leverages blockchain, regulatory, and cyber knowledge to serve exchange clients such as Bitbuy with solvency audits
- Provides public-facing expert research and opinion on controversial matters in the blockchain industry, such as the Coinomi vulnerability and ShapeShift/WSJ dispute
- Speaks at events and panels such as Blockchain In The Burgh to raise awareness about the importance of preventative security, AML, and public safety considerations
- Provides insight and training to numerous LEAs on complex issues such as BECs, elder abuse/fraud, romance scams, money mules, and other typologies that require additional external expertise

**Crypto Defender's Alliance: Leadership Team**

- Selected to be one of five administrators of Crypto Defenders Alliance (CDA), an organization comprised of executives and AML/Compliance/Legal staff from nearly all cryptocurrency exchanges which seeks to thwart fraud involving cryptocurrency
- Observes best practices from work with CipherBlade clients and/or in the course of CipherBlade investigations and fields requests for bleeding-edge insight on complex topics such as mixers beneficial to even well-known, compliant exchanges such as Coinbase
- Led initiative to significantly bolster representation of member organizations in CDA based upon observing a need for representation from a particular continent (Africa), resulting in adding the majority of cryptocurrency exchanges focused in that region and uprooting untold millions in scam laundering
- Manages intra-exchange communication to combat ML and share best practices in the premiere industry self-regulatory organization

**Anti-Human Trafficking Intelligence Initiative: Blockchain Forensics and Industry/Law Enforcement Liaison**

- Led initiative to significantly bolster representation of member organizations in ATII based upon observing a need for representation from particular cryptocurrency exchange and service typologies, with a special emphasis on P2P trading platforms and exchanges identified in the course of CSEM investigations
- On numerous occasions, acted upon intelligence provided within ATII that included Bitcoin wallet addresses pulled from dark websites soliciting and distributing CSEM. As just one example of efficacy and efficiency, coordinated dusting attack targeting 46 different child exploitation sites (at a $36 self-funded cost and with 15 minutes of effort) which resulted in data able to unveil thousands of CSEM purchasers and identify where the CSEM distributors were laundering funds
- Upon unprecedented results, was asked within months of membership to join ATII's Advisory team
- Participated in Follow Money Fight Slavery 2021 Summit on the Cryptocurrency Kiosk and Bitcoin ATM Panel

**Educational Qualifications and Professional Certifications**

Mr. Sanders earned a Bachelor of Science degree in Homeland Security while on active duty with the US Army. Despite maintaining a work schedule that far exceeded the typical "9 to 5," he devoted almost the entirety of his off duty hours to utilizing the educational benefits provided to him as a service member to exceed the standard with a 3.7 GPA. He holds numerous

awards, affiliations, and memberships in a variety of functional areas, mostly within military and security work as well as philanthropic undertakings. The most notable of these is a CORe credential from Harvard Business School extension. Mr. Sanders holds a Certified Blockchain and Law Professional with the Blockchain Council as well as Certified Bitcoin Professional certification.

Mr. Sanders also holds a Chainalysis Reactor Certification, a course ran by the firm which provides the forensics tool most frequently utilized in blockchain forensics. During this course, Chainalysis staff shared that Reactor is a tool that presents data; analysis is still up to the analyst, and referenced Mr. Sanders as one of the top analysts. Mr. Sanders attended the first Chainalysis CISC course by request and provided immense helpful feedback. Minimal formal training exists for blockchain forensics, and *zero* training exists that covers the full spectrum, marrying on-chain and off-chain observations into a comprehensive skillset. Mr. Sanders has been requested to develop training for CDA, and is in discussions to begin guest lecturing. In short, Mr. Sanders is creating the educational qualifications.

- Certified Blockchain and Law Professional, Blockchain Council
- Chainalysis Investigation Specialist Certification, Chainalysis
- Certified Bitcoin Professional, CryptoCurrency Certification Consortium (C4)
- Chainalysis Reactor Certified Professional, Chainalysis
- HBX CORe, Harvard Business School

*Other experience and education available on LinkedIn*

## Mr. Sanders in Press/Media

Mr. Sanders is in increasing high-demand for quotes for articles, podcasts, and interviews. Below are some of a continually growing list of the aforementioned:

- https://www.coindesk.com/cipherblade-okex-huobi-csem-morphtoken
- https://bravenewcoin.com/insights/podcasts/the-blockchain-detective-taking-on-elite-cybercriminals-and-owning-them
- https://thenews.asia/interview-with-rich-sanders-okex-and-market-transparency/
- https://decrypt.co/29865/meet-the-forensics-expert-who-tracks-stolen-bitcoin
- https://www.coindesk.com/crypto-scam-apps-in-app-stores
- https://decrypt.co/17103/forensic-investigator-sudden-shut-down-of-the-coss-exchange-looks-suspicious
- https://cryptobriefing.com/hitbtc-insolvent-scams-users-cybercrime/
- https://anchor.fm/scottcbusiness/episodes/Discussing-Cipherblade-With-Richard-Sanders-ebi2ot
- https://mondovisione.com/media-and-resources/news/chainalysis-launches-certified-investigative-partnership-program-to-meet-demand
- https://www.financemagnates.com/cryptocurrency/news/bitbuy-conducts-third-party-audit-launches-otc-desk/
- https://unchainedpodcast.com/how-to-keep-your-crypto-from-being-stolen-via-your-phone/

## Summary of Expert Witness Experience

| Carlos Martinangeli v. Akerman, LLP, et al. | LeClairRyan LLP, Counsel for Defendant | Southern District of Florida |
|---|---|---|
| Dooga Ltd. v (Numerous) | Kobre & Kim LLP, Counsel for Plaintiff | United States Bankruptcy Court, Northern District of California |
| (23 separate cases) Plaintiff v. AT&T | Kilpatrick Townsend & Stockton LLP, Gibson Dunn & Crutcher LLP, Counsel for Defendant | Various. Includes mediation, arbitration, and litigation |

| | | |
|---|---|---|
| Dibiase v. Bittrex | McNaul Ebel Nawrot & Helgren PLLC, Counsel for Defendant | Arbitration (Deposition) |
| Moss v. Bittrex | McNaul Ebel Nawrot & Helgren PLLC, Counsel for Defendant | Arbitration |
| (3 separate cases) Wright v. Defendant | SCA Ontier LLP, Counsel for Plaintiff | Varied English courts |
| Wang v. Darby | Curzon Green Solicitors, Counsel for Plaintiff | High Court of Justice, England |
| USA v. Defendant | Confidential | Confidential |
| Nationstar Mortgage LLC v. Patrick Soria, et al. | Hall Griffin LLP, Counsel for Plaintiff | United States District Court, Central District of California |
| Park v. Park | Meyer Darragh Buckler Bebenek & Eck, P.L.L.C., Counsel for Plaintiff | Fifth Judicial Circuit of Pennsylvania |
| Shebeck v. LaFond | Radford J. Smith, Chartered, Counsel for Plaintiff | District Court, Clark County, Nevada (Testimony) |
| Anatha v. John Doe | Horizons Law & Consulting Group, Counsel for Plaintiff | Pending |
| Nirvana Capital LTD v. Mobile Gaming Technologies Inc. et. al | Horizons Law & Consulting Group, Counsel for Plaintiff | United States District Court, Northern District of California |
| Anthony Fasulo & Gautam Desai v. Xtrade Digital Assets Inc. et. al | Kirsh LLC, Counsel for Plaintiff | United States District Court, Southern District of New York |
| USA v. Matthew Brent Goettsche | Kobre & Kim LLP, Counsel for Defendant | United States District Court, District of Colorado |
| GSR v. The Fr8 Network | Aaron Krowne, PLLC, Counsel for Plaintiff | Settlement |
| Matsumoto v. John Does | McNaul Ebel Nawrot & Helgren PLLC, Counsel for Plaintiff | Pending |
| Williams v. KuCoin et. al | Roche Cyrulnik Freedman LLP, Counsel for Plaintiff | United States District Court, Southern District of New York |
| Klein v. Kim | Rogers Joseph O'Donnell PC, Counsel for Defendant | United States District Court, Western District of Washington |
| USA v. Kim | Rogers Joseph O'Donnell PC, Counsel for Defendant | United States District Court, Northern District of California |
| Powers v. American Crocodile International Group Inc. | Maxwell Goss, PLLC, Counsel for Plaintiff | United States District Court, Eastern District of Michigan |
| Hershkowitz Shapiro PLLC. v. John Does | Mcdonald Hopkins LLC, Counsel for Plaintiff | Pending |
| Schwartz v. Haas | Brett Kimmel, PC, Counsel for Plaintiff | Supreme Court of the State of New York |

| | | |
|---|---|---|
| GoxCorp, USA v. (seized assets) | Maxim Price (pro hac vice pending), Counsel for GoxCorp | United States District Court, Northern District of California + Japanese court pending |
| Confidential | Kostelanetz & Fink, LLP, Counsel for Defendant | Pending |
| Government of the Cayman Islands v. John Does | CIG, pro se | Pending |
| USA v. Confidential | Dilendorf Khurdayan PLLC, Counsel for Defendant | Confidential |

Mr. Sanders has served as an expert for either or both Plaintiff and Defendants in cases involving, as some examples:

- Divorce
- ICO disputes against "soft exits" or other mismanagement
- Cases against ICOs (including Enforcement actions) and VCs/funds
- SIM swapping and other theft
- Cryptocurrency exchange account compromises
- OTC disputes
- Cryptocurrency taxes
- Immigration
- Source of funds
- Misappropriation/embezzlement
- Cryptocurrency exchanges
- Fraud
- Hacks
- AML/Compliance