# EXHIBIT 2

Case 1:23-cv-05671-AKH   Document 13-2   Filed 07/21/23   Page 2 of 2

