# EXHIBIT 4



Department of Commerce, Community, and Economic Development

# CORPORATIONS, BUSINESS & PROFESSIONAL LICENSING

State of Alaska / Commerce / Corporations, Business, and Professional Licensing / Search & Database Download / Corporations / Entity Details

# ENTITY DETAILS

## Name(s)

| Type | Name |
|---|---|
| Legal Name | CipherBlade LLC |

| | |
|---:|---|
| **Entity Type:** | Limited Liability Company |
| **Entity #:** | 10228937 |
| **Status:** | Good Standing |
| **AK Formed Date:** | 4/6/2023 |
| **Duration/Expiration:** | Perpetual |
| **Home State:** | ALASKA |
| **Next Biennial Report Due:** | N/A   File Initial Report |
| **Entity Mailing Address:** | 310 K STREET SUITE 200, ANCHORAGE, AK 99501 |
| **Entity Physical Address:** | 310 K STREET SUITE 200, ANCHORAGE, AK 99501 |

## Registered Agent

| | |
|---:|---|
| **Agent Name:** | Registered Agents Inc |
| **Registered Mailing Address:** | 821 N ST STE 102, ANCHORAGE, AK 99501 |
| **Registered Physical Address:** | 821 N ST STE 102, ANCHORAGE, AK 99501 |

## Officials

☐ Show Former (None on file)

| AK Entity # | Name | Titles | Owned |
|---|---|---|---|
|  | Amanda Beren | Organizer |  |

# Filed Documents

| Date Filed | Type | Filing | Certificate |
|---|---|---|---|
| 4/06/2023 | Creation Filing | Click to View | Click to View |

COPYRIGHT © STATE OF ALASKA · DEPARTMENT OF COMMERCE, COMMUNITY, AND ECONOMIC DEVELOPMENT · CONTACT US