# EXHIBIT 5

Home (https://www.corpnet.com) » About (https://www.corpnet.com/about/) » Executive Team

# Our Executive Team



## Philip K. Akalp, Esq

**Founder & Chairman**

Philip Akalp is a pioneer in the online legal document filing industry. With a passionate entrepreneurial spirit, Phil took an idea he thought of while in a law school class and presented it to his then partner, now wife, Nellie. The couple worked together to launch Phil's vision and turn it into a reality. In just a matter of a few years, that first business was at the forefront of the industry and soon was acquired by Intuit.

Still fueled by their entrepreneurial spirit, Phil and his wife Nellie launched CorpNet.com in 2009 and have again found themselves at the forefront of the online legal document filing industry. Phil has worked tirelessly to build CorpNet into the success it is today. He leads his team with the same heart and wisdom he leads his four children with, which is an inspiration to all around him.

View LinkedIn Profile

## Nellie R. Akalp, JD

**Founder & CEO**

Nellie Akalp is a prominent figure in the startup community, having started her first business alongside her husband Phil with just $100 and turning it into a multi-million dollar acquisition in only a few years. Nellie has taken her experience as a successful entrepreneur and became a small business advocate, inspiring and educating millions of people through podcast and webinar appearances and her regular monthly columns at media outlets like Entrepreneur and Forbes. She has been named Women Business Owner of the Year by NAWBO and a Top 100 Small Business Influencer by Small Business Trends.

As the CEO of CorpNet.com, Nellie is involved in all facets of the company ensuring its continued success. While CorpNet has grown from a 15-person team to over 200 people, Nellie has been a pillar in maintaining the company vision and customer-service standards. She motivates her team and her four children on a daily basis to never give up on their dreams as anything is attainable with hard work and dedication.



View LinkedIn Profile



## Milton A. Turcios, MBA

**Vice President of Operations**

Milton Turcios has been an integral part of CorpNet's success having played a role in the company's growth since it was founded in 2009. Committed to a thriving workplace environment and the optimal customer experience at CorpNet, Milton now acts as the Vice President of Operations. He oversees all activities ensuring the development and implementation of operations to further streamline the business formation and compliance process for CorpNet partners and clients.

View LinkedIn Profile

### Aaron Hong

**Vice President of Sales**

Aaron Hong is an innovative, people-focused leader with 20+ years in driving performance and people development to success. Highly driven by building, expanding, and managing large sales organizations through positive culture and a highly engaged work environment. Aaron oversees all aspects of sales operations at CorpNet, ensuring the team goes above and beyond for every client and partner.

View LinkedIn Profile





### Erica Routos

**Executives Initiatives Manager**

Erica Routos has an extensive experience with partner relations and holds a background in design and project management,. She drives product excellence through the coordination of development and customer experience initiatives. At CorpNet, Erica leads the team by leveraging systems and resources to help with expansion and growth.

View LinkedIn Profile

### Elizabeth Morrisette

**Web and Product Manager**

Elizabeth Morrisette works to improve digital processes for both CorpNet's staff and customers through improvements to our systems and products. She enjoys making changes to things to make peoples' lives better, their time at work more productive and their digital experiences easier.

View LinkedIn Profile





### Amanda J. Beren

**Product Training and Development**

Amanda has worked with CorpNet's owners, Nellie and Phil Akalp, since our company's launch and at the Akalps' prior business incorporation company (which they sold to Intuit in 2005). Coming from a family with entrepreneurial roots (her parents own their own businesses), Amanda understands the opportunities and challenges that CorpNet's clients face.

Amanda is not only a "walking encyclopedia" of business filings knowledge, but also, she is known for her wealth of knowledge, her experience, and her unparalleled passion for her job. Our clients adore her and know they're in the most capable hands as she helps them make their entrepreneurial dreams come true.

View LinkedIn Profile

## Allison Sinclair

**Public Relations**

Allison Sinclair enjoys making the people and brand of CorpNet shine in the public's eye. She leads public relations efforts ensuring the founders' inspiring story is told, CorpNet's services are well known and the company is an established resource for those looking to start or maintain their businesses.

View LinkedIn Profile



## 100% Satisfaction Guaranteed

Or we will refund 100% of our service fees, no questions asked!

Search   Search

### CorpNet Incorporated

31416 Agoura Rd. Suite 118
Westlake Village, CA 91361
+1-888-449-2638(tel:8884492638)
+1-805-449-2639(tel:8054492639)
Monday – Friday
7:00 am – 5:00 pm PST
info@corpnet.com(mailto:info@corpnet.com)
sales@corpnet.com(mailto:sales@corpnet.com)
support@corpnet.com(mailto:support@corpnet.com)

### Company

About Us(https://www.corpnet.com/about/)
Executive Team(https://www.corpnet.com/about/executive-team/)
A-Z Services and Pricing(/business-formation-and-compliance-pricing/)
100% Satisfaction Guarantee(/about/guarantee/)
Compare CorpNet(/about/compare/)
CorpNet Reviews(/about/reviews/)
CorpNet Coupons(/about/coupons/)
Careers(https://www.corpnet.com/about/careers/)
Contact Us(https://www.corpnet.com/about/contact/)

### Guides and Templates

Starting A Business Checklist(/resources/starting-a-business-checklist/)
Free Incorporation Guide(/resources/free-incorporation-guide/)
Free LLC Guide(/resources/free-llc-guide/)
Free DBA Guide(/resources/free-dba-guide/)
Get Press Coverage(/resources/get-press-coverage/)
How to Start a Blog(/resources/how-to-start-a-blog/)
Social Media Tips(/resources/social-media-tips/)
Meeting Minutes Templates(/meeting-minutes/)

### Blog

Seed and Development(/blog/category/seed-and-development/)
Startup and Launch(/blog/category/startup-and-launch/)
Growth and Expansion(/blog/category/growth-and-expansion/)
Ongoing Management(/blog/category/ongoing-management-and-protection/)
Crisis Management(/blog/category/crisis-management/)
Maturity and Exit(/blog/category/maturity-and-exit/)
The Accounting Industry(/blog/tag/the-accounting-industry/)
Events and Announcements(/blog/category/events-announcements/)

(https://twitter.com/CorpNet)  (https://www.facebook.com/corpnet/)  (https://www.youtube.com/CorpNet)

Terms and Conditions(/legal/terms-and-conditions/)   |   Privacy Policy(/legal/privacy-policy/)   |   Sitemap(/sitemap/)   |   Newsletter Subscription(/subscribe/)



CorpNet is a document filing service and cannot provide you with legal, tax, or financial advice. CorpNet®, CorpNet.com, BizAlerts®, and the images of the document with the orange arrow, are all Trademarks of CorpNet, Incorporated. Use of our site, products, and/or services are governed by our Terms and Conditions and Privacy Policy.

©2023 CorpNet, Incorporated. All Right Reserved