# EXHIBIT 6

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

bizFile+

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of CIPHERBLADE APAC PTE. LTD. (202316552N)

Date: 19 Jul 2023

| | | |
|---|---|---|
| Name of Company | : | CIPHERBLADE APAC PTE. LTD. |
| Former Name if any | : | |
| Date of Change of Name | : | |
| UEN | : | 202316552N |
| Incorporation Date | : | 28 APR 2023 |
| Company Type | : | PRIVATE COMPANY LIMITED BY SHARES |
| Status of Company | : | LIVE COMPANY |
| Status Date | : | 28 APR 2023 |
| Registered Office Address | : | 30 CECIL STREET<br>#19-08<br>PRUDENTIAL TOWER<br>SINGAPORE (049712) |
| Date of Address | : | 28 APR 2023 |
| Date of Last AGM | : | |
| Date of Last AR | : | |
| FYE As At Date of Last AR | : | |

## Business Activities

| | | |
|---|---|---|
| Primary Activity | : | DATA ANALYTICS, PROCESSING AND RELATED ACTIVITIES N.E.C.(63119) |
| Primary User-Described Activity | : | |

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/ryY8Tk3AuD



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of CIPHERBLADE APAC PTE. LTD. (202316552N)

Date: 19 Jul 2023

| Secondary Activity | : | OTHER PROFESSIONAL, SCIENTIFIC AND TECHNICAL ACTIVITIES N.E.C.(74909) |
|---|---|---|
| Secondary User-Described Activity | : | |

## Issued Share Capital

| Amount | Number of Shares [1] | Currency | Share Type |
|---|---|---|---|
| 10000 | 10000 | SINGAPORE, DOLLARS | ORDINARY |

[1] Number of Shares includes number of Treasury Shares

## Paid-Up Capital

| Amount | Number of Shares | Currency | Share Type |
|---|---|---|---|
| 10000 | 10000 | SINGAPORE, DOLLARS | ORDINARY |

## Company has the following Ordinary Shares held as Treasury Shares

| Number of Shares | Currency |
|---|---|

## Audit Firm(s)

| Name |
|---|

## Charge(s)

| Charge Number | Date Registered | Currency | Amount Secured | Chargee(s) |
|---|---|---|---|---|

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/ryY8Tk3AuD



**ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)**

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of CIPHERBLADE APAC PTE. LTD. (202316552N)

Date: 19 Jul 2023

| Officer(s) | | | | | |
|---|---|---|---|---|---|
| **Name** **Address** | **Identification Number** | **Nationality/ Citizenship** | **Position** | **Date of Appointment** | **Source of Address** |
| AITTOLA JUSSI MATIAS<br><br>30 CECIL STREET<br>#19-08<br>PRUDENTIAL TOWER<br>SINGAPORE (049712) | G3928554T | FINNISH | DIRECTOR | 28 APR 2023 | ACRA |
| MANUEL KRIZ<br><br>ELLADOS 9, STELMIO BUILDING, 1ST FLOOR, OFFICE 102 8020 PAPHOS CYPRUS | U7137908 | AUSTRIAN | DIRECTOR | 28 APR 2023 | ACRA |
| AITTOLA JUSSI MATIAS<br><br>30 CECIL STREET<br>#19-08<br>PRUDENTIAL TOWER<br>SINGAPORE (049712) | G3928554T | FINNISH | CHIEF EXECUTIVE OFFICER | 28 APR 2023 | ACRA |
| YAP YONG SHENG<br><br>30 CECIL STREET<br>#19-08<br>PRUDENTIAL TOWER<br>SINGAPORE (049712) | S9278665Z | MALAYSIAN | SECRETARY | 28 APR 2023 | ACRA |

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/ryY8Tk3AuD



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of CIPHERBLADE APAC PTE. LTD. (202316552N)

Date: 19 Jul 2023

## Officer(s)

| Name<br><br>Address | Identification Number | Nationality/ Citizenship | Position | Date of Appointment | Source of Address |
|---|---|---|---|---|---|
| NG CHEE HAO<br><br>30 CECIL STREET<br>#19-08<br>PRUDENTIAL TOWER<br>SINGAPORE (049712) | S8803456B | SINGAPORE CITIZEN | SECRETARY | 28 APR 2023 | ACRA |

## Shareholder(s)

| Name<br><br>Address | Identification Number | Nationality [2] / Place of origin [3] | Number of Shares | Currency | Address Changed<br><br>Source of Address |
|---|---|---|---|---|---|
| MYANTA HOLDINGS LTD.<br><br>VISTRA CORPORATE SERVICES CENTRE, WICKHAMS CAY II, ROAD TOWN, TORTOLA, VG1110, BRITISH VIRGIN ISLANDS | T23UF3953F | VIRGIN ISLANDS, BRITISH | 10000 (ORDINARY) | SINGAPORE, DOLLARS | ACRA |

[2] Includes nationality and citizenship

[3] Includes place of incorporation, place of origin and place of registration

Verify Document Instantly

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/ryY8Tk3AuD



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of CIPHERBLADE APAC PTE. LTD. (202316552N)

Date: 19 Jul 2023

## Abbreviation

| | | |
|---|---|---|
| UL | : | Local Entity not registered with ACRA |
| UF | : | Foreign Entity not registered with ACRA |
| AR | : | Annual Return |
| AGM | : | Annual General Meeting |
| FS | : | Financial Statements |
| FYE | : | Financial Year End |
| OSCARS | : | One Stop Change of Address Reporting Service by Immigration & Checkpoint Authority. |

## Notes

1  All the information provided above are extracted from lodgements filed with ACRA and/or from other government sources.

2  Please check to ensure that this document is issued by ACRA by:
   (a) scanning the verification QR code at the bottom of the page, or
   (b) visiting the verification URL at the bottom of the page, or
   (c) uploading the verifiable OpenAttestation file (e.g. Business_Profile.oa) on www.acratrustbar.gov.sg.

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/ryY8Tk3AuD



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of CIPHERBLADE APAC PTE. LTD. (202316552N)

Date: 19 Jul 2023

 

TAN YONG TAT

ASST REGISTRAR OF COMPANIES & BUSINESS NAMES
ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)
SINGAPORE

RECEIPT NO.    :   ACRA230719161514

DATE           :   19 JUL 2023

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/ryY8Tk3AuD

