# EXHIBIT 7

## Termination notice

**Richard Sanders** <richard@cipherblade.com>   Tue, Apr 18, 3:35 PM
to Matthew, Michael, bcc: me

Dear Matthew,

due to current circumstances, I hereby formally notify you that the cooperation between your person and CipherBlade LLC, a Pennsylvania limited liability company with registered address 6 Market Square, Pittsburgh, PA 15222, United States will end on April 30, 2023.

Yours respectfully,



**Rich Sanders**
Lead Investigator, Principal
E-mail: richard@cipherblade.com
CipherBlade LLC. | www.cipherblade.com

( Reply )   ( Reply all )   ( Forward )