# EXHIBIT 8

Case 1:23-cv-05671-AKH   Document 13-8   Filed 07/21/23   Page 1 of 3

# Team UFA

**D**

SUMMARY:

Captain FuTa will be notified today

I will continue with the guys here in order to get the desired results.  6:29 AM

**D**

**Doc27**

Justin will reach out to to give you a feedback about his first months with CB.  6:34 AM

**Doc27**

Rich – he is performing various tasks in accordance with instructions and necessities. Justin, Jussi and a few others do rely on his support. One can fire him immediately but he does not …

He needs to go. I expressed this a long time ago. I offered a very fair proposal, since I knew at the time you had him working on some things. It is not my fault he was given additional duties and responsibilities and I can not and will not factor this into keeping him around longer. This is me standing up for myself and enforcing "never again"  7:20 AM

I appreciate all of your work in other areas. I want to work with you long-term of course. But I need to think of the immediate and short-term. My investigators are freaked out about shit going on in the company and it largely comes back to him. Even if that was not the case, what he did historically is reason enough and I don't need to justify it  7:21 AM



This is a strange way of handling it, no?

Why is only one entity mentioned? And why did it need to come from "my" email, why could it not have been from Michael?  9:14 AM

# Team UFA



**he did historically is reason enough and I don't need to justify it**   7:21 AM



This is a strange way of handling it, no?

Why is only one entity mentioned? And why did it need to come from "my" email, why could it not have been from Michael?   9:14 AM

Little sketch   9:34 AM

I'm getting really fucking irked   10:11 AM

It's like I'm being taken advantage of for being busy, reminds me a lot of December   10:12 AM

**Doc27**

**You**
This is a strange way of handling it, no?
...



It is the exact same way we are handling it in every case. Recruitments and terminations.

If it comes from me it does not have any effect. I informed him directly via SIGNAL anyway. And I am CC'd in.

In addition to that Matthew knows that I decide everything myself. If I disagree I do not.

Rich – nobody is trying to take advantage of anything. Just trying to resolve literally everything and reaching our goals.