# EXHIBIT 9

**Team UFA**

**Doc27**

**You**
This is a strange way of handling it, no?

...

It is the exact same way we are handling it in every case. Recruitments and terminations.

If it comes from me it does not have any effect. I informed him directly via SIGNAL anyway. And I am CC'd in.

In addition to that Matthew knows that I decide everything myself. If I disagree I do not.

Rich – nobody is trying to take advantage of anything. Just trying to resolve literally everything and reaching our goals.

Another fact: Matthew does not have any contract with any other entity and one cannot terminate things that do neither exist nor are in one's legal responsibility. CB terminates cooperations/contracts in every single case the same way.

11:09 AM

**Doc27**

**You**
It's like I'm being taken advantage of for being busy, reminds me a lot of December

If it reminds you of December 2022 then remember who already unfucked many things that specific month and spent 80% of XMas days on unfucking issues. Please stop doubting the core team that sacrifies a hell lot of time in order to enable you to recover from the mess that you experienced.

11:12 AM

**Team UFA**

**You**
This is a strange way of handling it, no?
...

It is the exact same way we are handling it in every case. Recruitments and terminations.

If it comes from me it does not have any effect. I informed him directly via SIGNAL anyway. And I am CC'd in.

In addition to that Matthew knows that I decide everything myself. If I disagree I do not.

Rich – nobody is trying to take advantage of anything. Just trying to resolve literally everything and reaching our goals.

Another fact: Matthew does not have any contract with any other entity and one cannot terminate things that do neither exist nor are in one's legal responsibility. CB terminates cooperations/contracts in every single case the same way.

11:09 AM

**Doc27**
**You**
It's like I'm being taken advantage of for being busy, reminds me a lot of December

If it reminds you of December 2022 then remember who already unfucked many things that specific month and spent 80% of XMas days on unfucking issues. Please stop doubting the core team that sacrifies a hell lot of time in order to enable you to recover from the mess that you experienced.

11:12 AM

11:14 AM

1:33

Left on read and three hours. If any of you were in my position you'd be even more offput and paranoid. Whatever. 12 days of anxiety woo

2:32 PM



Wed, Apr 19