# EXHIBIT 10



**Team UFA**

Sun, Apr 30

**You** 8:18 AM
Tomorrow is May 1st. What's the situation with Matthew?

**Doc27**
**You**
Tomorrow is May 1st. What's the situation with Matthew?
Resolved. Communication will be sent out tmr by myself. 3:42 PM

Mon, May 1

**You** 1:34 PM
I still see Matthew in Ops. Admin no less
Won't even comment on the n.exchange thing yet

**Doc27**
**You**
I still see Matthew in Ops. Admin no less
Announcement is made. He quits Ops as agreed – if not I will kick him.
Tax declaration 2022 made on time – and estimate been paid/settled. 4:11 PM

Team UFA 

won't even comment on the flexchange thing yet   1:34 PM

**Doc27**
You
I still see Matthew in Ops. Admin no less

Announcement is made. He quits Ops as agreed – if not I will kick him.   4:11 PM

Tax declaration 2022 made on time – and estimate been paid/settled.

**Doc27**
Update on Matthew's exit announcement:
- Miguel first felt somewhat insecure and I immediately went onto a call with him. Then he seemed to be really fine – his message then was:
I wouldn't call it bad, but a bit scary when it comes all of a sudden 😅. I just had a clarifying call with Michael on many of the changes, I'm less confused and more reassured now. There are some indeed that make sense, are needed, and others related to Chainalysis that sound pretty exciting. I would however suggest to organize a weekly (or monthly) to clarify a bit the organizational aspects.

8:54 PM

**Doc27**
- Paul was fine with Matthew's exit (surprise) but then DMed me in private that he would never work under anyone as a subordinate. That is odd as I tailored a completely independent setup for him in his 5 business segments. My message at the end to Paul therefore was:
This I do understand well. Indeed I have tried not to put you into any sub-ordinate position as I could not imagine you to do so. That is why you have a full vertical responsibility from sales via client onboarding to actual casework in 5 segments. And there is no "boss" positioned anywhere. Remember my remark: I do not get involved into any business and if you need any decision you can communicate with me. I would also be happy to let you grow the segments into EMEA etc. You are by definition the only one I tailored that specific setup for because I am convinced that you can actually grow a business that requires a certain degree of fine tuning.

All in all he has the most prestigious and independent setup of all of them. He seemed to be bitching around about his invaluable role from the very beginning and he never accepted anybody as a boss until now. I do understand emotions very well but still there is a structure that needs to function and sometimes a bit of leadership needs to be accepted.

**Team UFA**

that needs to function and sometimes a bit of leadership needs to be accepted.

That is how it is though.

9:00 PM

**Doc27**

- Reymundo, Josh, Miguel (I), Malcolm, William, Jan, Ioana, Justin, Jussi, Taylan (10) seemed to be fine with the recent changes.

9:04 PM

**Doc27**

- Sasha: KYT Global Business Segment she has changed her mind since our agreement in January 2023, February 2023 and even after her holiday in her first call to me she was - quote - "I am ready for the next challenge/level" (-> KYT leadership role incl. Taylan as her first direct report). I do understand that very well and she made even a proposal to assign Malcolm to that role due to the better experience profile as senior compliance officer. Her initiative proposal to assign Mal has been appreciated a lot. Justin seem to agree with that proposal in principle. I do think that Malcolm needs a bit more time to find his way into the CB world and then we should have an open discussion with him about his expectations etc.

9:10 PM

Tue, May 2

Just saw Ops chat. Seems handled okay. I have close to 30 unreads from Paul but I'll see what that's about when I have time to review

2:55 AM