# EXHIBIT 12




