# EXHIBIT 14

USPS Customs Declaration and Dispatch Note form (PS Form 2976-R, April 2016), Sender's Copy (Copy 4), tracking number CH189851287US. Handwritten entries are largely illegible.