# EXHIBIT 16

**NameCheap.com Support**
to me ▼

Tue, Jun 13, 8:15 PM (4 days ago)

The request to change the Registrant contact details has been fulfilled.

The changes in question are listed below:

| Old Registrant | | New Registrant | |
|---|---|---|---|
| Organization Name | : CipherBlade | OrganizationName | : CipherBlade LLC |
| First Name | : Richard | First Name | : Justin |
| Last Name | : Sanders | Last Name | : Maile |
| Email Address | : rich@cipherblade.com | Email Address | : billing@cipherblade.com |

These changes apply to the following domain(s):

cipherblade.com

↶ Reply    ↷ Forward