# EXHIBIT 1

Case 1:23-cv-05671-AKH   Document 14-1   Filed 07/21/23   Page 1 of 2

