# EXHIBIT 2

# Paul Sibenik  |  Curriculum Vitae

Vancouver, British Columbia, Canada | paul@cipherblade.com | Telegram: @Paul_CB

## Executive Summary

Paul is extremely passionate about cryptocurrency and blockchain technology and believes that such technology will increasingly be adopted, and money will be just one of applications blockchain technology will be frequently used for. Just as with other currencies (like the USD) and asset classes, he recognizes it presents some unique challenges, such as its pseudonymous and non-custodial nature and that it can sometimes be used for illicit activities and money laundering. However, as a blockchain forensics investigator and expert he helps to offer transparency and accountability, thereby reducing such illicit activities.

## Skills & Expertise

- Blockchain Forensic Analysis & Investigations
- Open-Source Intelligence (OSINT)
- Security Audits
- Tracking of Bitcoin & other Cryptocurrency Assets
- Scam and Fraud Investigations
- Cryptocurrency Token Offerings and Sales (ICOs, IEOs, IDOs)
- Non-fungible tokens (NFTs)
- Compliance and Anti-Money Laundering (AML)
- Cryptocurrency Staking and Yield-earning Methods
- Exploits and Vulnerabilities

## Experience

**CEO** – CipherBlade                                                                                             June 2023 — Present

**Lead Case Manager** — CipherBlade                                                            Sept 2019 — June 2023

- Blockchain forensics investigator and cryptocurrency cybercrime expert with investigative experience in hundreds of cases
- Experienced working with law firms in a wide range a casework often incorporating the tracking of Bitcoin and other cryptocurrencies and offering expertise-based support
- Investigative experience in a wide range of cases including those involving investment fraud, cryptocurrency theft (e.g. hacking, SIM-Swapping, OTC deals), scams & ponzi schemes,

suspect ICOs, embezzlement, extortion (e.g. ransomware, kidnapping), non-disclosed cryptocurrency assets (e.g. divorce), and securities violations

- Expertise utilizing various blockchain forensics tools and software, including Chainalysis' Reactor software
- Generates highly actionable reports for law enforcement "on a silver platter" which include a fusion of off-chain intelligence, OSINT, and blockchain forensics to facilitate easy understanding and leads them to apprehend the person(s) responsible
- Conducts security audits and security-related advisory for cryptocurrency businesses, in addition to 'Proof of Reserves' audits

**Operations Manager** — JarvixX                                              Jan 2019 — Dec 2019

- Community building & management tool for blockchain projects aiming to increase user adoption of their platforms. Fraud detection and analytics for each applicable campaign

**Proprietor** — Cryptforensic Investigators                                  Oct 2018 — Sept 2019

- Help to find, track, trace, and in some cases recover cryptocurrency, where individuals haven't truthfully reported cryptocurrency holdings when required to do so by law, primarily focusing on divorce cases

**VP Rewards Management** — AmaZix                                            Oct 2017 — Dec 2018

- Community Building, growth & marketing for a wide range of new cryptocurrency-related projects. Fraud detection and analytics for each applicable campaign

## Education & Certifications

**Chainalysis Investigation Specialist Certification** (CISC)                            Feb 2021

**Chainalysis Reactor Certification** (CRC)                                            March 2020

**Chainalysis KYT Certification** (CKC)                                                June 2022

**Chainalysis Ethereum Investigations Certification** (CEIC)                           June 2022

**Certified Bitcoin Professional** (CBP)                                                Jan 2023

**Certified Ethereum Professional** (CEP)                                               Jan 2023

**York University** — BA, Political Science (Honours), Toronto, ON, Canada          2007 – 2011

## In The News

- "A Missouri doctor's death is steeped in mystery and speculation. Authorities aren't talking" - https://apnews.com/article/missouri-doctor-dead-john-forsyth-mystery-db7149050aedc913a184bc43f579db08, June 15, 2023.
- "Crypto Scammers Rip Off Billions as Pump-and-Dump Schemes Go Digital" - https://www.bloomberg.com/news/features/2021-07-08/crypto-scams-rug-pulls-bitcoin-hacks-billions-lost-when-shit-coins-go-to-zero?sref=1TG0fQXK, July 7, 2021.
- "He just spent $69 million on a digital piece of art. It's not his first Beeple" - https://www.washingtonpost.com/technology/2021/03/17/nft-beeple-metakovan-christies/, March 18, 2021.
- "Officials weigh regulations to address role of cryptocurrency in ransomware attacks" - https://abcnews4.com/news/nation-world/officials-weigh-regulations-to-address-role-of-cryptocurrency-in-ransomware-attacks, June 8, 2021.
- "Attacking Cryptocurrency Theft: Transaction Databases and Analytics Have Criminals on the Run" - https://www.garp.org/risk-intelligence/technology/cyber-security/a1Z5d000009qxIZEAY, September 14, 2021.
- "New Treasury sanctions take aim at blocking ransomware groups from cashing out" - https://techcrunch.com/2021/09/23/us-treasury-sanctions-suex-ransomware/, September 23, 2021.
- "Divorcing Couples Fight Over the Kids, the House and Now Crypto" - https://www.nytimes.com/2022/02/13/technology/divorce-bitcoin-crypto.html , February 14, 2022.
- "Inheriting Bitcoin is Harder Than It Sounds" - https://www.vox.com/recode/22971265/bitcoin-wills-estate-planning-cryptocurrency-nfts-death, March 11, 2022.
- "Divorcing spouses are hiding millions of dollars of crypto from each other – and NFTs are increasingly involved too" - https://markets.businessinsider.com/news/currencies/divorcing-spouses-hide-millions-dollars-crypto-nfts-from-exes-2022-3 , March 24, 2022
- "How One Man Lost $1 Million to a Crypto 'Super Scam' Called Pig Butchering" - https://www.forbes.com/sites/cyrusfarivar/2022/09/09/pig-butchering-crypto-super-scam/?sh=57e48099ec8e , Sept 9, 2022.

- "Husbands are hiding millions from their wives in divorces using a new tactic: cryptocurrency" - https://inews.co.uk/inews-lifestyle/money/husbands-hiding-millions-cryptocurrency-wives-divorce-proceedings-2000339, November 30, 2022.

## Publications

- "Cryptocurrency Litigation: Pursuing Crypto Crime and Seizures" - https://cipherblade.com/blog/cryptocurrency-litigation-pursuing-crypto-crime-and-seizures/, May 17, 2023.
- "Good or Bad: Sanction on Tornado Cash, Mixers & Illicit Crypto Exchanges" - https://cipherblade.com/blog/good-or-bad-sanctions-on-tornado-cash-mixers-illicit-crypto-exchanges/ , Sept 22, 2022.
- "Comprehensive Guide to Cryptocurrency Scams and Frauds" – Paul Sibenik, https://cipherblade.com/blog/comprehensive-guide-to-cryptocurrency-scams-frauds/, May 13, 2020.
- "The Prevalence of Sha Zhu Pan AKA Pig Butchering Scams" – Paul Sibenik, https://cipherblade.com/blog/the-prevalence-of-sha-zhu-pan-aka-pig-butchering-scams/, May 18, 2022.
- "Compliance and AML Practices: An Open Letter to Cryptocurrency Exchanges and Services" – Paul Sibenik, https://cipherblade.com/blog/compliance-and-aml-practices-an-open-letter-to-cryptocurrency-exchanges/, Sept 28, 2021.
- "Stealing Funds from a Cryptocurrency Hardware Wallet" – Paul Sibenik, https://medium.com/cipherblade/stealing-funds-from-a-cryptocurrency-hardware-wallet-467e07ade8f4 , Dec 5, 2019.
- Centralized vs Decentralized Exchanges, DeFi, Security, & Solvency – Paul Sibenik, https://cipherblade.com/blog/centralized-vs-decentralized-exchanges-defi-security-solvency, Feb 27, 2020.
- "Single Joint Expert: A Model for Dealing with Cryptocurrency in Divorce" - https://cipherblade.com/blog/single-joint-expert-a-model-for-dealing-with-cryptocurrency-in-divorce/ , Oct 7, 2022.
- "Fraudulent Exchanges, ICOs and Exit Scams: Can They Get Away with It?" - Paul Sibenik, https://cipherblade.com/blog/fraudulent-exchanges-icos-exit-scams-can-they-get-away-with-it/, Dec 7, 2019.
- "Balancing Security vs Convenience for Cryptocurrency" – Paul Sibenik, https://cipherblade.com/blog/balancing-security-vs-convenience-for-cryptocurrency/, Jan 8, 2020.

- "Identifying and Discovering Cryptocurrency in a Divorce" – Paul Sibenik, https://cipherblade.com/blog/identifying-and-discovering-cryptocurrency-in-divorce/, Dec 13, 2019.
- "Got Hacked & Had Your Cryptocurrency Stolen? Why It's Your Own Fault" – Paul Sibenik, https://cipherblade.com/blog/got-hacked-had-your-cryptocurrency-stolen-why-its-your-own-fault/, March 5, 2020.
- "How Anonymous are Cryptocurrencies?" – Paul Sibenik, https://cryptforensic.com/2019/01/08/how-anonymous-are-cryptocurrencies/ , Jan 8, 2019.
- "The Rising Issue of Cryptocurrency and Divorce" – Paul Sibenik, https://www.divorcemag.com/articles/cryptocurrency-and-divorce/ , Jan 6, 2019.
- "Is it Necessary to Declare Cryptocurrency During a Divorce", - Paul Sibenik, https://cryptforensic.com/2018/12/09/necessary-to-declare-cryptocurrency-during-divorce/, Dec 9, 2018.
- "Guide to Determining Fair Market Value (FMV) for Cryptocurrency Assets" – Paul Sibenik, https://cryptforensic.com/2019/01/10/guide-to-determining-fair-market-value-fmv-for-cryptocurrency-assets/ , Jan 10, 2019.
- "Cryptocurrency Forensic Accounting: How Crypto Assets Are Tracked" – Paul Sibenik, https://cryptforensic.com/2019/07/04/cryptocurrency-forensic-accounting-how-crypto-assets-are-tracked/ , July 4, 2019.
- "Guide to Estimating Your Spouse's Cryptocurrency Portfolio Value" – Paul Sibenik, https://cryptforensic.com/2019/07/18/guide-to-estimating-cryptocurrency-portfolio-value/ , July 18, 2019.
- "Hiding Cryptocurrency Assets – Just How Easy Is It?" – Paul Sibenik, https://blokt.com/security/hiding-cryptocurrency-assets-just-how-easy-is-it , Feb 23 2019.
- "How Do Governments Look at Facebook's Libra" – Paul Sibenik, https://coincodex.com/article/4027/how-do-governments-look-at-facebooks-libra/ , July 21, 2019.
- "Penalties for Non-Disclosure of Cryptocurrency During Divorce Proceedings" – Paul Sibenik, https://cryptforensic.com/2019/01/16/penalties-for-non-disclosure-of-cryptocurrency-during-divorce/ , Jan 16, 2019.
- "QuadrigaCX: Using Cryptocurrency Forensics to Prove Fraud or an Exit Scam" – Paul Sibenik, https://cryptforensic.com/2019/02/06/quadrigacx-using-cryptocurrency-forensics-to-prove-fraud/ , Feb 6, 2019.
- "Discovering and Seizing Non-Disclosed Cryptocurrency Assets in a Divorce" – Paul Sibenik, https://cryptforensic.com/2019/02/20/seizing-cryptocurrency-assets-in-divorce/ , Feb 20, 2019.

- "Technological Barrier to Entry for Cryptocurrencies" – Paul Sibenik, https://cryptforensic.com/2019/06/27/technological-barrier-entry-cryptocurrency/ , June 27, 2019.
- "What is a Stablecoin and How to Manage It" – Paul Sibenik, https://www.coinspeaker.com/guides/stablecoins-how-manage-operate/ , July 22, 2019.
- "Dividing Cryptocurrency in Divorce" – Paul Sibenik, https://www.womansdivorce.com/cryptocurrency-in-divorce.html, July 29, 2019.
- "Why Cryptocurrency Adoption is Still Hindered by Criminal Activity" –Paul Sibenik, https://cipherblade.com/blog/why-cryptocurrency-adoption-is-still-hindered-by-criminal-activity/, May 29, 2020.
- "Problems Identifying Hidden Cryptocurrency in Divorce" – Paul Sibenik, https://cryptforensic.com/2019/12/31/identifying-hidden-cryptocurrency-divorce/, December 31, 2019.
- "List of Breach Vectors Hackers Exploit to Steal Cryptocurrency" – Paul Sibenik, https://cipherblade.com/blog/list-of-breach-vectors-hackers-exploit-to-steal-cryptocurrency/, June 21, 2020.
- "Shakepay Proof of Reserves and Security Report" – Paul Sibenik, https://cdn.cipherblade.com/wp-content/uploads/2020/08/Shakepay-Proof-of-Reserves-and-Security-Report.pdf, August 24, 2020.
- "Ransomware: Prevention, Investigation, and Bitcoin Funds recovery" – Paul Sibenik, https://cipherblade.com/blog/ransomware-prevention-investigation-bitcoin-funds-recovery/, Sept 17, 2020.
- "The Case For Proactive Solvency and Security Audits" – Paul Sibenik, https://cipherblade.com/blog/the-case-for-proactive-solvency-and-security-audits/, Dec 1, 2020.
- "Tainted Bitcoin Isn't What You Think It is" – Paul Sibenik, https://cipherblade.com/blog/tainted-bitcoin-isnt-what-you-think-it-is/, Jan 6, 2021.
- "Are Non-Fungible Tokens (NFTs) Used for Money Laundering?" – Paul Sibenik, https://cipherblade.com/blog/are-non-fungible-tokens-nfts-used-for-money-laundering/, Nov 30, 2021.

# Selection of Expert Witness Testimony & Expert Reports

| | | |
|---|---|---|
| *Confidential* v. *Confidential* | KBH, Counsel for Defendant | DIFC, Dubai, UAE |
| *Confidential* v. *Confidential* | MacConaghy & Barnier, PLC, Counsel for Plaintiff | United States Bankruptcy Court, Northern District of California, |

|  |  | USA |
|---|---|---|
| *Confidential* v. *Confidential* | Rahman Ravelli Solicitors, Ltd., Counsel for Defendant | High Court of Justice, England |
| *Confidential* v. *Confidential* | Addleshaw Goddard LLP, Counsel for Respondent | Southwark Crown Court, England |
| *Confidential v. Confidential* | Allen & Glassman, Chartered, Counsel for Petitioner | Circuit Court of Cook County, Illinois |
| *Confidential v. Confidential* | Law Offices of Mark Waecker, A.P.C, Counsel for Plaintiff | Superior Court of the State of California |
| *United States v. Confidential* | Federal Public Defender for the District of Columbia, Counsel for Defendant (provided expert consultation & advisory only) | United States District Court for the District of Columbia |
| *Confidential v. Confidential* | Marvillo Abramowitz Grand Iason & Anello PC & Sharova Law, Counsel for Defendant | Supreme Court of New York |
| *Confidential v. Confidential* | Taylor English Duma LLP, Counsel for Defendant | Circuit Court of the 17th Judicial Circuit for Broward County, Florida |
| *(Various Claimants) v. Confidential* | Davis Wright Tremaine LLP, Counsel for Respondent | Various Cases in Arbitration |
| *R v. Confidential* | Cohen Cramer Solicitors, Solicitor for Defendant | Crown Court of Birmingham, England |
| *Confidential v. Confidential* | McDermott Will & Emery LLP, Counsel for Plaintiff | US District Court for the District of Delaware |
| *Confidential v. Confidential* | Andreas Menelaou LLC, Counsel for Defendant | District Court of Limassol, Cyprus |

| | | |
|---|---|---|
| *Confidential v. Confidential* | Moskowitz Law, Counsel for Plaintiff | 11th Circuit Judicial Court, Florida, |