# EXHIBIT 7

**opencorporates**

The Open Database Of The Corporate World

Company name or number  Search

◉ Companies  ◯ Officers

- Log in/Sign up

# OMEGA3ZONE GLOBAL LTD

Company Number
: HE440393
Status
: Active
Incorporation Date
: 15 November 2022 (8 months ago)
Company Type
: Limited Company
Jurisdiction
: Cyprus
Registered Address
- Ελλάδος, 9,
  STELMIO BUILDING, Floor 3, Flat/Office 301
  8020, Πάφος, Κύπρος
- Cyprus

Directors / Officers

- IOANA-MARIA VIDRASAN, director
- IOANA-MARIA VIDRASAN, secretary
- PAUL BENEDICT QUINTUS MARNITZ, director

Registry Page
: https://efiling.drcor.mcit.gov.cy/Drc...



## Recent filings for OMEGA3ZONE GLOBAL LTD

15 Nov 2022
Registration of private company with share capital

Compliance Declaration According to the Law

15 Nov 2022
Registration of private company with share capital

Memorandum and Articles
15 Nov 2022
[Registration of private company with share capital](#)

Certificate of Incorporation of company

25 Oct 2022
[Filing of address of registered office](#)

HE2-Communication of the address of the Registered Office or change to it

25 Oct 2022
[Filing of officials](#)

HE3-Particulars in relation to the first directors and secretary
**Source** Cyprus Department of Registrar of Companies and Official Receiver, [http://www.mcit.gov.cy/mcit/drcor/drc...](#), 22 May 2023

update from registry

## Latest Events

2022-11-15
    [Addition of officer IOANA-MARIA VIDRASAN, secretary](#)
2022-11-15
    [Addition of officer PAUL BENEDICT QUINTUS MARNITZ, director](#)
2022-11-15
    [Incorporated](#)

[See all events](#)

**Corporate Grouping** [User Contributed](#)

None known. [Add one now?](#)
[See all corporate groupings](#)
* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry ([see source](#), above) should always be referred to for definitive information
Data on this page last changed May 23 2023

**Problem/question about this data?** [Click here](#)

**API** **Open Data**

For access please [Log in / Sign up](#)

### opencorporates

**A very different type of data company**

Find out more

# About us

- About
- Blog
- Team
- Governance
- Jobs

## Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

## Help

- API Reference
- Glossary
- Status

## Contact

- Twitter
- Medium
- Newsletter
- Problems with our data?
- Temporary redaction

## Impact

- Impact
- Grants