# EXHIBIT 9



# Your account has been disabled

 sasha@cipherblade.com ⌄

⚠ Your Google Account was disabled by your
Google Workspace administrator. Contact your
administrator for help.

**This account became unavailable on Jun 26, 2023.**