# EXHIBIT 10

**Shaheen, Neda**

---

| | |
|---|---|
| **From:** | Lindsey Harrison <lindsey.s.harrison@gmail.com> |
| **Sent:** | Monday, July 3, 2023 12:31 PM |
| **To:** | sibenik.paul@gmail.com |
| **Subject:** | Fwd: [EXTERNAL EMAIL] - Update |

What in the world?

Lindsey Harrison
ReMax Tyler
903.920.9995 cell

Begin forwarded message:

> **From:** CipherBlade HQ <hq@cipherblade.com>
> **Date:** July 3, 2023 at 11:26:25 AM CDT
> **To:** Lindsey Harrison <lindsey.s.harrison@gmail.com>
> **Subject: Re: [EXTERNAL EMAIL] - Update**
>
>
> Dear Lindsey,
>
> Regrettably, CipherBlade has had to separate from its Pennsylvania unit due to increasingly erratic and unconscionable behaviour by representatives of the same, including threats of violence and other harm to multiple team members of other CipherBlade companies. This has prompted the (independent) owner of the CipherBlade trademark to revoke the trademark license to CipherBlade LLC, Pennsylvania, effective in less than 30 days. In light of the ceased cooperation and general bad-faith acts, the e-mail addresses of the minimal remaining team in Pennsylvania have been disabled.
>
> As your contract is with CipherBlade LLC in Pennsylvania and Paul, who works for that company's team, has been working on your case, he should continue to do so. We can only point you to Paul's private e-mail address as a contact point at the moment: sibenik.paul@gmail.com
>
> However, we are committed to safeguarding the integrity of the CipherBlade brand, and should any problems arise with the continued provision of services, please do not hesitate to get in touch with us.
>
> Best regards,
> The CipherBlade Team
>
> On Mon, Jul 3, 2023 at 6:16 PM Lindsey Harrison <lindsey.s.harrison@gmail.com> wrote:
>> Paul- what kind of attorney and where!???
>>
>> Lindsey Harrison
>> ReMax Tyler
>> 903.920.9995 cell
>>
>>
>>> On Jun 23, 2023, at 1:47 AM, Paul Sibenik <paul@cipherblade.com> wrote:

I talked about it in the Telegram chat before:

Paul, [2023-04-10 10:33]
I think we should give law enforcement some time to do some work & due diligence on this. As things progress, if law enforcement is indicating that Tether isn't being cooperative with seizure efforts (which is the norm frankly, at least for US persons, despite being willing to implement the freeze oddly enough), law enforcement should simply let us know as such and we move to plan B, which would involve you hiring a lawyer and implementing a scheme similar to what was done in another Tether seizure that happened recently for a US person on a case that we worked on

Paul, [2023-04-10 10:35]
I don't want to step on the FBI's toes — I'm sure they have stuff they probably want to do, and so long as they know there is an option we could take as a backup to effectuate seizure through civil action (if Tether isn't cooperative with them), then that should be fine. If this seizure process is successful, do not expect it to be quick though — in this other recent matter we worked on, it took a little over 1.5 years to play out

Lindsey Harrison, [2023-04-10 11:02]
FBI said they already froze that one.

Paul, [2023-04-10 11:03]
I know. I'm informing you that these are already frozen.

Paul, [2023-04-10 11:03]
since I don't know if the FBI communicated this to you

Lindsey Harrison, [2023-04-10 11:12]
Oh!

Paul, [2023-04-10 11:29]
Also, I wanted to let you know that the retainer at this point has been depleted. There's not much work left for us to do at this time apart from offering advisory + answering questions that law enforcement might ask me at some point — I wouldn't expect these things to be more than few hours of work (i.e. maybe 3-4 hours total), and we can set a small retainer top-up accordingly (we could either do this now, or later on when/if there is more work depending on your preference).

Paul, [2023-04-21 11:31]
Additionally, there is also an extra 33k USDT frozen at 0x23fc72Be7f0e751B2C6C8eC7d347f69Dab630504 that I missed earlier.

--

Basically, you'd need to hire a lawyer, probably in the British Virgin Islands, and get a court order there. The cost is not going to be cheap, but if you'd like me to give you some referrals I can do so.

Regards,



**Paul Sibenik**

E-mail: paul@cipherblade.com | Telegram: @Paul_CB

CipherBlade LLC | www.cipherblade.com

On Thu, Jun 22, 2023 at 1:20 PM Lindsey Harrison <lindsey.s.harrison@gmail.com> wrote:

So what would I need to do to explore those options?


Lindsey Harrison

Re/Max Tyler

The McCain Team

903.920.9995

<21546A45CC3449D9A144016B4027C47E.png>

---

**From:** Paul Sibenik
**Sent:** Thursday, June 22, 2023 1:31 PM
**To:** Lindsey Harrison
**Subject:** Re: [EXTERNAL EMAIL] - Update


Hi Lindsey,


Yes, this sounds basically exactly like I thought it would and the issues they mention they are having are exactly what I was expecting they would have. There are legal processes that could result in Tether turning over those funds, although those processes would occur outside the US. If you want to explore that as I previously mentioned, it would probably be a good idea now, since they clearly aren't going to cooperate with US law enforcement with respect to recovery/seizure.

**Paul Sibenik**

E-mail: paul@cipherblade.com | Telegram: @Paul_CB

CipherBlade LLC | www.cipherblade.com

On Thu, Jun 22, 2023 at 11:22 AM Lindsey Harrison <lindsey.s.harrison@gmail.com>
wrote:

FYI

Lindsey Harrison

ReMax Tyler

903.920.9995 cell

Begin forwarded message:

> **From:** Joshua Mathews <JRMATHEWS@fbi.gov>
> **Date:** June 21, 2023 at 3:30:41 PM CDT
> **To:** Lindsey Harrison <lindsey.s.harrison@gmail.com>
> **Subject: Re: [EXTERNAL EMAIL] -  Update**

> Lindsey,

> Tether agreed to freeze four accounts related to the fraud.

> The FBI did blockchain analysis to track your funds to the
> Tether wallets (reinforcing CipherBlade's analysis).

> Although the accounts are frozen, Tether stated that they do
> not have the private keys to the accounts to facilitate a
> transfer of the funds, but IF the FBI is able to locate, arrest, and
> retrieve private keys, we could have an option. Tether also

stated that their terms of service prevent onboarding of US persons onto their platforms for a reissue of funds. Tether specifically stated that they do not have a recourse to reissue funds to a US person.

The FBI is investigating numerous cases relating to similar/same fraudulent scams, but at this point, there is no specific course of action that can be taken to retrieve the funds. I (and the rest of the FBI in the additional cases) are working to determine what next steps can be taken.

The other issue will be the co-mingling of funds. The funds you invested were split and co-mingled with other victims numerous times over. IF we are able to retrieve funds from the Tether wallets we have frozen, we will then have to work through additional processes to determine how to disburse those funds to the victims.

So, the good news is we have funds frozen.

The less good news is, at this time, there is no mechanism to retrieve the funds and once we determine a way to retrieve the funds, we will have to work through the distribution of the funds to victims in the case.

We are still investigating the case, attempting to identify the bad actors, and determine a process for seizing funds.

v/r,

Josh

Joshua R. Mathews
Special Agent
Federal Bureau of Investigation

Tyler, TX Resident Agency
Desk: 903-594-3555
Mobile: 817-403-0202
UNCLASS: jrmathews@fbi.gov
BUNET: jrmathews@fbi.sgov.gov
<3DB8B44E19CE44508E640D0BDF0A2EA4.png>

**From:** Lindsey Harrison <lindsey.s.harrison@gmail.com>
**Sent:** Wednesday, June 21, 2023 2:52 PM
**To:** Mathews, Joshua Reuben (DL) (FBI) <JRMATHEWS@fbi.gov>
**Subject:** Re: [EXTERNAL EMAIL] - Update

Josh can I please get an update on anything going on? My friends who also lost a lot of money are pressuring me for an update.

Lindsey Harrison

ReMax Tyler

903.920.9995 cell

> On Apr 5, 2023, at 1:28 PM, Joshua Mathews <JRMATHEWS@fbi.gov> wrote:
>
> Lindsey,
>
> No worries. I do understand. We don't take anyone's loss for granted.
>
> As for CipherBlade, we have to recreate all of the work that they do. I won't go into all of the reasons, but that is why we have our headquarters unit assisting. So, I appreciate all of Paul's assistance and guidance, but we do have to recreate what he has done.
>
> As for opening a larger investigation, that is how we operate as a matter of principle. We follow

all leads, identify all victims, trace all money, seize all assets, and arrest people.

If simply asking for places to freeze money was as easy as it sounds - this would be a simple job. Unfortunately, some people seem to be painting a picture for you where this can be achieved via a simple email. That is not the case and these companies require some degree of evidence before just simply freezing accounts.

We are working the case.

v/r,

Josh

Joshua R. Mathews
Special Agent
Federal Bureau of Investigation
Tyler, TX Resident Agency
Desk: 903-594-3555
Mobile: 817-403-0202
UNCLASS: jrmathews@fbi.gov
BUNET: jrmathews@fbi.sgov.gov
<F231AEFC7A0B4CF49CA6EF00A56FABBA.png>

**From:** Lindsey Harrison
<lindsey.s.harrison@gmail.com>
**Sent:** Wednesday, April 5, 2023 1:19 PM
**To:** Mathews, Joshua Reuben (DL) (FBI)
<JRMATHEWS@fbi.gov>
**Subject:** Re: [EXTERNAL EMAIL] - Update

Josh

Thanks for the update. Not what I wanted to hear- but I'm not giving up. You might be annoyed you took on my case 😂

Something Paul was talking about was interesting and I wanted to run it by you. Two possible options.

1. Law enforcement opens a larger investigation into this, and tries to identify and pursue actors responsible.

2. Contact the centralized exchanges we have identified, and request accounts be frozen pending further investigation. It is likely that some accounts have balances. One of the challenges associated with seizing such balances will be twofold
a) A good portion of the accounts will likely not have balances anymore. But some almost certainly will.
b) One should generally operate under the assumption that the account owners are not the perpetrators, but rather received funds from the perpetrators or deriving from the perpetrators.

Again- I am NOT backing down. I hope you understand and can empathize. Please don't hesitate to reach out to Paul for anything. That's what I paid him for.

Lindsey Harrison

ReMax Tyler

903.920.9995 cell

On Apr 4, 2023, at 5:14 PM, Joshua Mathews <JRMATHEWS@fbi.gov> wrote:

Good afternoon ma'am,

After receiving Paul's second report, I reached out to Tether requesting

they freeze funds in the four wallets identified by CipherBlade.

2/4 had no funds in them. The remaining two had some funds in them and Tether requested additional information and the analysis from CipherBlade. Paul provided that and I sent it to Tether. Tether has not responded further. The freezing of the funds is dependent upon Tether to agreeing.

I sat down with Secret Service and reviewed the chain analysis. Your initial transfer of funds in November stayed in the first wallet for approx 10 mins before it moved to another one. From there, it bounced around, linking up with other funds, and mostly ending up in private wallets.

Typically the funds remained in public wallets for 6-7 mins before being transferred. To give you an idea of the scope, at one point one public wallet contained over $800 million dollars. At the time we viewed it, the balance was .95 cents.

I spoke with Smith County Sheriff's Office. They have only been able to retrieve funds in one instance and that requires federal assistance all the way to Secret Service HQ.  They do not have an open investigation into your matter at this time.

At this time, unless Tether agrees, there were not other actions available to freeze any funds.

One of our Headquarters units that specializes in this has agreed to assist. I am scheduled to meet with them virtually on Wednesday.

I wish we had better news to report, but this is a massive, international scheme involving millions, if not billions, of dollars.

As I said in the first meeting, we are investigating the case, but this will be measured in years, not months, if the subjects are in a country that will cooperate with US law enforcement.

v/r,

Josh

<F90DB7E14AB547919F57C73CD37F C2B9.png>

**From:** Lindsey Harrison <lindsey.s.harrison@gmail.com>
**Sent:** Tuesday, April 4, 2023, 4:40 PM
**To:** Mathews, Joshua Reuben (DL) (FBI) <JRMATHEWS@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Update

Hey Josh

Can I get an update from the freeze you recently did? Sounds like they liquidated all of the funds from what cipher blade is telling me.

Lindsey Harrison