# EXHIBIT 13

**Dropbox Sign**                                                                 Audit trail

| | |
|---|---|
| **Title** | Assignment |
| **File name** | Assignment_Josh.docx |
| **Document ID** | 160e965c1b264afae2bdaf9aa7846adf7d933a08 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document history

**SENT** — **04 / 16 / 2023** 21:31:10 UTC
Sent for signature to Justin Maile (justin@cipherblade.com) and Josh Duckett (jcdinqu2021@gmail.com) from richard@cipherblade.com
IP: 73.154.182.144

**VIEWED** — **04 / 16 / 2023** 21:31:41 UTC
Viewed by Josh Duckett (jcdinqu2021@gmail.com)
IP: 80.195.205.5

**SIGNED** — **04 / 16 / 2023** 21:32:41 UTC
Signed by Josh Duckett (jcdinqu2021@gmail.com)
IP: 80.195.205.5

**VIEWED** — **04 / 16 / 2023** 21:39:50 UTC
Viewed by Justin Maile (justin@cipherblade.com)
IP: 46.199.196.87

**SIGNED** — **04 / 16 / 2023** 21:41:35 UTC
Signed by Justin Maile (justin@cipherblade.com)
IP: 46.199.196.87

**COMPLETED** — **04 / 16 / 2023** 21:41:35 UTC
The document has been completed.