# EXHIBIT 14

## ASSIGNMENT OF CONTRACTOR AGREEMENT WITH CONSENT OF CONTRACTOR

THIS ASSIGNMENT ("Assignment");, dated as of 16 April, 2023 ("Effective Date"), is entered into by and among:

CipherBlade LLC, a Pennsylvania limited liability company with registered address 6 Market Square, Pittsburgh, PA 15222, USA ("Assignor");

and

CipherBlade LLC, an Alaska limited liability company with registered address 6 Market Square, Pittsburgh, PA 15222, USA ("Assignee")

with the consent of

Joshua Cooper-Duckett, a citizen of the United Kingdom residing at 6 Peppermint Close, Croydon CR03DX, United Kingdom ("Contractor").

1. <u>Assignment</u>. The Assignor hereby assigns and transfers to the Assignee all of Assignor's right, title, and interest in the Contractor Agreement dated 11 October, 2021 signed between the Assignor and the Contractor and amended on 1 December, 2022. The Assignee hereby assumes, and agrees to be bound by, all of the obligations and liabilities of Assignor under or relating to that Engagement Agreement.

2. <u>Consent</u>. The Contractor hereby consents to this Assignment.

3. <u>Effective Date</u>. This Assignment takes effect on the Effective Date, irrespective of the date(s) on which this Assignment is actually signed.

**Assignor**
By: _Richard Sanders_

Name: Richard Sanders

Title: Principal

**Assignee**
By: _[signature]_

Name: Justin Maile

Title: CEO

**Contractor**
By: _[signature]_

Name: Joshua Duckett-Cooper