# EXHIBIT 15

**Forwarded from Matt**
Done. Also, we're going to need another $20k bonus invoice from you. This need to be handled before your employer might change to a different entity, which appears imminent. Moving to Alaska for administrative ease, since it's a bit difficult to operate with a Pennsylvania company when nobody is actually there. Thins like mail happens in the US, I'm told. In fact, I'm not only told - I have observed such wonders! And moving in this way is done by just setting up a new entity in a new state with the same name and pretending nothing much has happened. 10:56

**Forwarded from Matt**
Nothing will change in practice, we'll just have to get a piece of paper signed one of these days. 🙂 10:56

**Forwarded from Josh**
What do I need to put on the invoice, sorry I'm like juggling 100 things lol 10:56

**Forwarded from Josh**
trying to catch what just happened with Robert Harris 10:56

**Forwarded from Matt**
Again "discretionary bonus as agreed". 10:56

**Forwarded from Josh**
Dated for? 10:57

**Forwarded from Josh**
And why am I sending another invoice 😅 10:57

**Forwarded from Matt**
Whenever. Tomorrow. 10:57

**Forwarded from Matt**
> Josh
> And why am I sending another invoice 😅

'Cause we want to send you money - and it has to come from the old company, since that one has money, while the new one doesn't yet. And we have to get it over with before your engagement is moved to the new one, because you can't pay a bonus to someone who you haven't even engaged anymore. 10:57