# EXHIBIT 18

## Shaheen, Neda

| | |
|---|---|
| **From:** | mattcase1 <mattcase1@proton.me> |
| **Sent:** | Wednesday, July 12, 2023 10:11 AM |
| **To:** | sibenik.paul@gmail.com |
| **Cc:** | Sarah Williams |
| **Subject:** | cancel of contract |

Dear Paul

Having heard the news about the Pennsylvania Cipherblade LLC entity, I would like to inform you that I wish to terminate the engagement I had in place with yourself and the entity of Cipherblade Pennsylvania LLC.

Can you please confirm you will disgorge any information I shared with you following our meeting and in relation to the letter of engagement.

I am sorry to hear this has happened and I wish you all the best in your future endeavors. It is a shame it has come to this, but I have tried reaching out to you several times via email and had no reply

Regards, Matt

Sent with Proton Mail secure email.