# EXHIBIT 19

# Shaheen, Neda

| | |
|---|---|
| **From:** | joe demartino <joe.demartino@outlook.com> |
| **Sent:** | Thursday, July 6, 2023 12:04 PM |
| **To:** | Paul Sibenik |
| **Cc:** | sasha@cryptforensic.com |
| **Subject:** | Re: Subject "Follow up on scam tracing- last week" |

thanks
fyi $2960 UsDT just transferred
you should see it soon
it was faster to convert USD in Gemini to my balance of USDT
wire to follow for rest of 7K

Get Outlook for iOS

---

**From:** Paul Sibenik <paul@cryptforensic.com>
**Sent:** Thursday, July 6, 2023 11:08:32 AM
**To:** joe demartino <joe.demartino@outlook.com>
**Cc:** sasha@cryptforensic.com <sasha@cryptforensic.com>
**Subject:** Re: Subject "Follow up on scam tracing- last week"

We cannot accept via credit card or debit at the moment unfortunately. I have attached the countersigned EA.

On Thu, Jul 6, 2023, 07:12 joe demartino <joe.demartino@outlook.com> wrote:
> Hi Paul
> Pls confirm receipt and shoot me back signed copy
> working payment now
> will send -$3K USDT (fastest)
> and $4K via wire
> Is there a credit card or debit card option?
>
>
> Get Outlook for iOS
>
> ---
> **From:** joe demartino <joe.demartino@outlook.com>
> **Sent:** Wednesday, July 5, 2023 8:36:21 PM
> **To:** Paul Sibenik <paul@cryptforensic.com>
> **Subject:** Re: Subject "Follow up on scam tracing- last week"
>
> hi Paul, sorry for the delay. I tried to send this from my TurboScan a couple of hours ago and it got stuck. Please send me back an executed copy. I will send the funds next  tonight and o some first thing in the morning.
>
> Get Outlook for iOS
>
> ---
> **From:** Paul Sibenik <paul@cryptforensic.com>
> **Sent:** Wednesday, July 5, 2023 6:29 PM
> **To:** joe demartino <joe.demartino@outlook.com>
> **Subject:** Re: Subject "Follow up on scam tracing- last week"

1

Hi Joe,

We'd stick with the 12.5%, although we're amenable to decreasing or even removing it entirely if you're open to increasing the hourly rate (which I don't think you'd want to do but correct me if I'm wrong). Normally we'd found that 12.5% is pretty fair and acts as an appropriate contingency incentive.

Paul

On Wed, Jul 5, 2023 at 3:26 PM joe demartino <joe.demartino@outlook.com> wrote:
> ok looks fine
> only question is whether you / Richard would consider the contingency at 10% to match other EA from Alaska. I'm not trying to be petty here or disincentivize the back end, just given my financial situation I must ask.
> Let me know please as I want to execute tonight.
> Thanks
>
> p.s.  Eric followed up and I let him know I would move forward with you
>
>
> Get Outlook for iOS
>
> ---
>
> **From:** Paul Sibenik <paul@cryptforensic.com>
> **Sent:** Wednesday, July 5, 2023 6:07:13 PM
> **To:** joe demartino <joe.demartino@outlook.com>
> **Subject:** Re: Subject "Follow up on scam tracing- last week"
>
> Yes i received it
>
> On Wed, Jul 5, 2023, 15:06 joe demartino <joe.demartino@outlook.com> wrote:
>> Tried emailing reply and bounced back again ?
>> let me know if you receive this
>>
>> Get Outlook for iOS
>>
>> ---
>>
>> **From:** Paul Sibenik <paul@cryptforensic.com>
>> **Sent:** Wednesday, July 5, 2023 9:15:46 AM
>> **To:** joe demartino <joe.demartino@outlook.com>
>> **Subject:** Re: Subject "Follow up on scam tracing- last week"
>>
>> I will give you a call later today. Which number can i reach you at?
>>
>> On Tue, Jul 4, 2023, 19:24 joe demartino <joe.demartino@outlook.com> wrote:
>>> Hi Paul
>>> Well confusing for sure. Yes please send me the EA as you describe. I I would, however request at least a brief conversation directly with you prior to my signing just to go over a few items and concerns that I have. Obviously, I am dealing with enough trying to figure out what to do about the loss, I just can't afford to get caught up in a traffic jam within cipherblade.
>>> well, I could not reach you on the email response that I received from HQ at cipher blade was professional, but suggested that the trademark for the Pennsylvania entity was going to be pulled by the independent owner within 30 days.
>>> Can we have a brief discussion tomorrow go over a few items so I can get an engagement signed tomorrow? FYI, William did go over a flow chart initial assessment with me showing a fairly complex array/mapping of where some of my funds.

Thanks look forward to speaking with you and hopefully working together

Get Outlook for iOS

---

**From:** Paul Sibenik <paul@cryptforensic.com>
**Sent:** Tuesday, July 4, 2023 7:55:14 PM
**To:** joe demartino <joe.demartino@outlook.com>
**Subject:** Re: Subject "Follow up on scam tracing- last week"

Hi Joe,

I am very much still with CipherBlade. I've been working at CipherBlade as an investigator since about 2019 and I am still working at CipherBlade. The spiel Edward and William (who are salespeople that have been with the company for a few months) are telling you is downright false frankly. The situation would be better described as an attempted hostile takeover situation, and we are working to get it resolved very quickly.

To be clear, you could enter into an engagement with CipherBlade under the terms I outlined -- more specifically you'd be engaging the Pennsylvania entity of CipherBlade. There would be no communication through William or Edward however.

If you want to engage the Alaska entity for some reason, then you are free to contact William and Edward if you'd like. Those involved in the hostile takeover (including both William and Edward) were typically seeking to charge clients for more time than was needed/warranted. I have conducted hundreds of investigations and while I can't promise that 15 hours will be adequate, there's a reasonably high degree of likelihood it will be, and if it isn't, then we can add more time down the road instead of charging you for twice the amount of time right off the bat.

If you would like to engage CipherBlade let me know and I will send you an engagement letter under the terms I outlined.

Regards,

On Tue, Jul 4, 2023 at 4:16 PM joe demartino <joe.demartino@outlook.com> wrote:
> Hi Paul
> thanks so much for getting back to me. Yes, when I couldn't reach you, I reached out to HQ at cipher blade and they were professional and told me there was an issue with the Pennsylvania office etc. and not related to you personally. I am happy to hear that you're still working with them. I do have an EA from Cipherblade and I spoke to William and Edward again yesterday. Their quote is consistent from an hourly rate standpoint, but is 2x as they assume 30 hours.
> Edward was supportive and trying to help me with the progressive payment as all of my liquidity has been depleted from the scam. I really want to engage you, but I am confused now in fact, I should sign EA with cipher blade and through that process I end up engaging with you.? I specifically asked William and Edward yesterday if you were still involved with them. Edward was very professional about it and said that leader ship was trying to work things out etc. and then at this point you were working in your own company.
> Eric gave me you as a reference.
> I was also considering a small law firm out of Florida that has crypto experience called, cryptolawyers.com
> I have come to understand that I really don't need attorneys.
> Through liaison friend in the Connecticut Police Department I do have an FBI agent from the cyber task force engaged as well and trying to help. I think they are just overwhelmed and don't have the resources. The good news is once I retain forensics Support I do have an actual agent already in play.
> Sorry for the long email. I just need some advice on how best to engage. Is that through you? Directly or through the EA with Cipherblade? Selfishly what I really want is both cipherblade and you.
> Appreciate any advice here

Thanks

Get Outlook for iOS

**From:** Paul Sibenik <paul@cryptforensic.com>
**Sent:** Tuesday, July 4, 2023 6:38:04 PM
**To:** joe.demartino@outlook.com <joe.demartino@outlook.com>
**Subject:** Re: Subject "Follow up on scam tracing- last week"

Hi Joe,

Yes, I was speaking to you -- apologies for the break in communication here -- we are having some internal disagreements and disputes that I can't go into detail on at the moment but I'm still with CipherBlade. I'm going to start by providing the tx data you previously sent us:

UsDC 200,088
0x93a71ae5ebd97efa5520b98569d22ae97520fff2405d452aeb07ed4614f83174

usdc 73990
0x17ddb0d4a97fe9be9481e98ee3214a1b1652109fbfef2a9c1b5b40242aa2bda8

USDc 200,088
0x93a71ae5ebd97efa5520b98569d22ae97520fff2405d452aeb07ed4614f83174

Usdc 99,990
0x82217ae7fde3647d74224ab5f20636faa9e1e22446560f320b7518d38656e979

usdc 10089
0x901ecf55250bcc292c39788c3b6bcc9aee5bf16ad7fa860da05b6b32e8ad1981

Usdc 69990
0x18d0668eebeb013acb95eaf5293d84fa9c90782802ccca493c910d6ff5f31e9f

usdc 79990
0x7708dce29f2167c3a04e45097292eca4ad2fc8d3b519e498d64ea548b49b63f9

Usdc 70,937
0xc46a2b5d23dacbaa02c35227c5d686174cc2d1025e5c71573d6cf7711caab84b

USDT 3,499
0xbd3bb20e8ac373b611c1eb6e2cd5b958a1316f4980b9f3c7824ad6cfb5e91106

USDT 48,520
0xf5eefa59784fc91c262e4416f5034c5b5b3f2f4265970370a3e7d377dc0c3ffc

All these transactions are sent to the below addresses:

0xcdc7643de516e4469206619e125e2ca7fc17b669
0xd9794e3a8a6f891d7185d670683a1ade9624e711

In addition, the current address you're seeing on the website is 0xFc25230c40c595709376CB53eCAf3E40afa488e8 although you did not send any transactions there.

Based on that data, I've had a bit of time to review your situation. It seems to me like you were victimized in what's known as a 'Pig butchering scam'. Almost all the USDC you sent was subsequently swapped to another USD-pegged stablecoin called USDT using a semi-decentralized exchange known as 'Tokenlon'. Once the USDT was received, it gets more complex with funds going to a web of intermediary addresses, some of which likely are controlled by this network of scammers, and others which are almost certainly not and may be controlled by third parties they interacted with. From there, some funds make their way to select exchange accounts, but the nature of who likely owns those exchange accounts is unclear at this time -- as a general rule of thumb you should not expect exchange accounts directly linked to your theft to be associated in the names of the fraudsters since they normally aren't that stupid.

We can investigate this further if you wish and provide further intelligence.

If you were to engage CipherBlade, we would:


- Investigate and analyse the incident, including on-chain & off-chain aspects as appropriate
- Create an optimised report that is immediately actionable for law enforcement.
- Guide you in submitting the police report in the best jurisdictions. Do keep in mind that this may require you to follow up with law enforcement on multiple occasions to get them to take the appropriate actions we advise.
- When dormant funds are found, we'll attempt to intercept funds when/if they are moved
- Continue, throughout the whole life cycle of the case, to liaise, communicate with and advise law enforcement and exchanges and conduct other important follow-up work (such as follow-up forensics, once data from exchanges/services are obtained) as the case progresses.

To onboard you as a client, we'd charge a $9750 USD retainer (payable in BTC, ETH, any USD-denominated stable coin, or wire transfer) for 15 hours of high-leverage expert work -  I believe this amount of
 time would be sufficient here given the nature of your case and complexities I've observed. There would also be a 12.5% contingency fee from any funds recovered through our efforts or intelligence.

If you'd like to proceed with an engagement on that basis do let me know.

On Mon, Jul 3, 2023 at 8:54 AM Joe DeMartino <paul@cryptforensic.com> wrote:
> From: Joe DeMartino <joe.demartino@outlook.com>
> Subject: Follow up on scam tracing- last week
>
> Message Body:
> "Hi Paul,
> Lost contact with you when something happened at Cipherblade a week ago Sunday. I sent you the hash text ids etc. I just found you. I need to make a decision on someone helping me track my scammed tokens. Can you help me? I almost signed with CB and you came highly recommended by Eric Rosenberg.
> Please advise asap"
>
>
> --
> This e-mail was sent from a contact form on Cryptforensic Investigators (https://cryptforensic.com)

5