# EXHIBIT 22

**WISE**

Wise Payments Limited
Eesti filiaal

Veerenni tn 24, 10135 Tallinn
Reg. 12461545

**Wise US Inc.**
30 W 26th Street, Floor 6
New York
NY
10010
United States

# EUR statement

January 1, 2023 [GMT-04:00] - June 20, 2023 [GMT-04:00]

Generated on: June 20, 2023

| Account Holder | IBAN | Bank code (SWIFT/BIC) |
|---|---|---|
| CipherBlade LLC<br>7070 FORWARD AVE APT 402<br>Pittsburgh<br>PA<br>15217<br>United States | BE36 9671 8170 2281 | TRWIBEB1XXX |

| | | |
|---|---|---|
| **EUR balance on June 20, 2023 [GMT-04:00]** | | **3500.71 EUR** |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>June 9, 2023 \| Transaction: TRANSFER-710119059 \| Reference: inv 8/1/1 | -1808.94 | 3500.71 |
| Received money from SOREN MYGIND SORENSEN with reference FRA SOREN MYGIND<br>May 25, 2023 \| Transaction: TRANSFER-695618860 \| Reference: FRA SOREN MYGIND | 1772.00 | 5309.65 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>May 5, 2023 \| Transaction: TRANSFER-679359862 \| Reference: ES 6 1 1 | -1800.00 | 3537.65 |
| Sent money to Sergio García Fernandez<br>April 27, 2023 \| Transaction: TRANSFER-671000082 \| Reference: CS2023004 | -4260.58 | 5337.65 |
| Sent money to Inquisita Solutions Ltd<br>April 14, 2023 \| Transaction: TRANSFER-659598980 \| Reference: inv 23003 | -24886.98 | 9598.23 |
| Sent money to Inquisita Solutions Ltd<br>April 9, 2023 \| Transaction: TRANSFER-655364618 \| Reference: 23002 | -20788.93 | 34485.21 |
| Sent money to Inquisita Solutions Ltd<br>April 9, 2023 \| Transaction: TRANSFER-655364129 \| Reference: 23002 | -50000.00 | 55274.14 |
| Sent money to Inquisita Solutions Ltd<br>April 9, 2023 \| Transaction: TRANSFER-655038062 \| Reference: inv 23002 | -50000.00 | 105274.14 |
| Converted USD to EUR<br>April 8, 2023 \| Transaction: BALANCE-955595126 | 120000.00 | 155274.14 |
| Sent money to Inquisita Solutions Ltd<br>April 8, 2023 \| Transaction: TRANSFER-654736582 \| Reference: inv 23002 | -50000.00 | 35274.14 |
| Sent money to Inquisita Solutions Ltd<br>April 6, 2023 \| Transaction: TRANSFER-653732880 \| Reference: Inv 23002 | -50000.00 | 85274.14 |



Wise Payments Limited
Eesti filiaal

Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| | | |
|---|---:|---:|
| Sent money to Cryptobaking, vl. Nevena Lazic<br>April 5, 2023 │ Transaction: TRANSFER-652365161 │ Reference: ES 3 1 1 | -435.16 | 135274.14 |
| Sent money to Sergio García Fernandez<br>April 4, 2023 │ Transaction: TRANSFER-650834217 │ Reference: CS2023003 | -10432.82 | 135709.30 |
| Received money from ZACH HALLEY with reference ZACH HALLEY/ZACH HALLEY<br>April 3, 2023 │ Transaction: TRANSFER-649547060 │ Reference: ZACH HALLEY/ZACH HALLEY | 6500.00 | 146142.12 |
| Received money from AV SERBAN with reference AV Serban, ID F4BD209D3EEF /31.03.2023<br>March 31, 2023 │ Transaction: TRANSFER-647903947 │ Reference: AV Serban, ID F4BD209D3EEF /31.03.2023 | 13190.00 | 139642.12 |
| Received money from SOREN MYGIND SORENSEN with reference BJARKE MYGIND TRAP<br>March 21, 2023 │ Transaction: TRANSFER-638448975 │ Reference: BJARKE MYGIND TRAP | 7320.00 | 126452.12 |
| Received money from ROBERT MARC POORTMANS KASTEELPLEIN with reference<br>March 20, 2023 │ Transaction: TRANSFER-638148434 | 7267.98 | 119132.12 |
| Converted USD to EUR<br>March 13, 2023 │ Transaction: BALANCE-904970894 | 111707.75 | 111864.14 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>February 3, 2023 │ Transaction: TRANSFER-601392975 │ Reference: ES 1 1 1 | -4211.73 | 156.39 |
| Converted USD to EUR<br>February 3, 2023 │ Transaction: BALANCE-839578428 | 1000.00 | 4368.12 |
| Sent money to Sergio García Fernandez<br>February 3, 2023 │ Transaction: TRANSFER-601392128 │ Reference: CS2023001 | -13076.87 | 3368.12 |

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel: +44 (0) 203 6950 999 https://www.wise.com

Need help? Visit **wise.com/help**

**WISE**

Wise US Inc.
30 W 26th Street, Floor 6
New York
NY
10010
United States

Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

# EUR statement

January 1, 2022 [GMT-05:00] - December 31, 2022 [GMT-05:00]

Generated on: June 20, 2023

| | | |
|---|---|---|
| **Account Holder**<br>CipherBlade LLC<br>7070 FORWARD AVE APT 402<br>Pittsburgh<br>PA<br>15217<br>United States | **IBAN**<br>BE36 9671 8170 2281 | **Bank code (SWIFT/BIC)**<br>TRWIBEB1XXX |

| | | |
|---|---:|---:|
| **EUR balance on December 31, 2022 [GMT-05:00]** | | **16444.99 EUR** |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>December 30, 2022 \| Transaction: TRANSFER-573706219 \| Reference: ES 20 1 1 | -1744.41 | 16444.99 |
| Sent money to Sergio García Fernandez<br>December 29, 2022 \| Transaction: TRANSFER-572640347 \| Reference: inv CS2022012 | -4807.87 | 18189.40 |
| Sent money to Sergio García Fernandez<br>December 6, 2022 \| Transaction: TRANSFER-556005165 \| Reference: CS2022011 | -11211.08 | 22997.27 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>December 4, 2022 \| Transaction: TRANSFER-553606373 \| Reference: ES 18 1 1 | -2361.90 | 34208.35 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>December 1, 2022 \| Transaction: TRANSFER-551733976 \| Reference: ES 19 1 1 | 2266.73 | 36570.25 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>December 1, 2022 \| Transaction: TRANSFER-551733976 \| Reference: ES 19 1 1 | -2266.73 | 34303.52 |
| Received money from MAITRE OLIEL HERVE with reference VIREMENT DE MAITRE OLIEL HERVE/VIREMENT VERS CIPHERBLADE LLC<br>November 15, 2022 \| Transaction: TRANSFER-539360526 \| Reference: VIREMENT DE MAITRE OLIEL HERVE/VIREMENT VERS CIPHERBLADE LLC | 6500.00 | 36570.25 |
| Received money from Sentillia B.V. with reference INV-CBUS-Sentilla-01R<br>November 10, 2022 \| Transaction: TRANSFER-536224259 \| Reference: INV-CBUS-Sentilla-01R | 27652.09 | 30070.25 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>November 7, 2022 \| Transaction: TRANSFER-533827186 \| Reference: es 16 1 1 | -2087.35 | 2418.16 |
| Received money from DAVARIS KONSTANTINOS with reference PAYMENT LAWSUIT<br>October 18, 2022 \| Transaction: TRANSFER-518993514 \| Reference: PAYMENT LAWSUIT | 2600.00 | 4505.51 |



Wise Payments Limited
Eesti filiaal

Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| | | |
|---|---:|---:|
| Sent money to Sergio García Fernandez<br>October 4, 2022 │ Transaction: TRANSFER-509284176 │ Reference: CS2022009 | -8014.63 | 1905.51 |
| Wise Charges for: TRANSFER-509284176<br>October 4, 2022 │ Transaction: TRANSFER-509284176 │ Reference: CS2022009 | -0.28 | 9920.14 |
| Received money from ROSMACON COEN VAN ROSMALEN with reference<br>September 14, 2022 │ Transaction: TRANSFER-494804512 | 8440.94 | 9920.42 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>September 2, 2022 │ Transaction: TRANSFER-486935071 │ Reference: ES 14 1 1 | -1747.48 | 1479.48 |
| Wise Charges for: TRANSFER-486935071<br>September 2, 2022 │ Transaction: TRANSFER-486935071 │ Reference: ES 14 1 1 | -0.28 | 3226.96 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>August 30, 2022 │ Transaction: TRANSFER-484499891 │ Reference: CB-Man-2206 | -48511.17 | 3227.24 |
| Wise Charges for: TRANSFER-484499891<br>August 30, 2022 │ Transaction: TRANSFER-484499891 │ Reference: CB-Man-2206 | -256.71 | 51738.41 |
| Received money from FRIEDRICH ZUMSTEIN with reference FRIEDRICH ZUMSTEIN (GEMAESS E-MAIL VON HERRN M. GREENE VOM 25.08.2022)<br>August 26, 2022 │ Transaction: TRANSFER-481975509 │ Reference: FRIEDRICH ZUMSTEIN (GEMAESS E-MAIL VON HERRN M. GREENE VOM 25.08.2022) | 4550.00 | 51995.12 |
| Received money from BJARKE MYGIND TRAP with reference BJARKE MYGIND TRAP - BJARKETRAP YAHOO.DK<br>August 16, 2022 │ Transaction: TRANSFER-475463200 │ Reference: BJARKE MYGIND TRAP - BJARKETRAP YAHOO.DK | 6337.00 | 47445.12 |
| Sent money to Ondrej Forda<br>August 16, 2022 │ Transaction: TRANSFER-475409848 │ Reference: invoice 2022-0002 | -9027.00 | 41108.12 |
| Wise Charges for: TRANSFER-475409848<br>August 16, 2022 │ Transaction: TRANSFER-475409848 │ Reference: invoice 2022-0002 | -0.28 | 50135.12 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>August 2, 2022 │ Transaction: TRANSFER-467060273 │ Reference: inv es 11 1 1 | -1450.02 | 50135.40 |
| Wise Charges for: TRANSFER-467060273<br>August 2, 2022 │ Transaction: TRANSFER-467060273 │ Reference: inv es 11 1 1 | -0.28 | 51585.42 |
| Sent money to Sergio García Fernandez<br>August 2, 2022 │ Transaction: TRANSFER-466254453 │ Reference: inv CS2022007 | -3794.85 | 51585.70 |
| Wise Charges for: TRANSFER-466254453<br>August 2, 2022 │ Transaction: TRANSFER-466254453 │ Reference: inv CS2022007 | -0.28 | 55380.55 |
| EUR balance charge<br>August 1, 2022 │ Transaction: ACCRUAL_CHECKOUT-invoice-3553681 | -18.78 | 55380.83 |
| Received money from DAVARIS KONSTANTINOS with reference AUDIT SERVICE<br>July 5, 2022 │ Transaction: TRANSFER-448272638 │ Reference: AUDIT SERVICE | 9750.00 | 55399.61 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Amount | Balance |
|---|---:|---:|
| Sent money to Cryptobaking, vl. Nevena Lazic<br>July 1, 2022 │ Transaction: TRANSFER-446280930 │ Reference: Inv ES 9 1 1 | -1623.53 | 45649.61 |
| Wise Charges for: TRANSFER-446280930<br>July 1, 2022 │ Transaction: TRANSFER-446280930 │ Reference: Inv ES 9 1 1 | -0.28 | 47273.14 |
| Sent money to Sergio García Fernandez<br>July 1, 2022 │ Transaction: TRANSFER-446278658 │ Reference: CS2022006 | -8618.93 | 47273.42 |
| Wise Charges for: TRANSFER-446278658<br>July 1, 2022 │ Transaction: TRANSFER-446278658 │ Reference: CS2022006 | -0.28 | 55892.35 |
| EUR balance charge<br>July 1, 2022 │ Transaction: ACCRUAL_CHECKOUT-invoice-3272915 | -8.34 | 55892.63 |
| Received money from CRYPTOBAKING, vl. Nevena Lazic with reference Refund of Overpayment CryptobakingInvoice ES 7<br>June 7, 2022 │ Transaction: TRANSFER-430482612 │ Reference: Refund of Overpayment CryptobakingInvoice ES 7 | 661.18 | 55900.97 |
| Sent money to Sergio García Fernandez<br>June 2, 2022 │ Transaction: TRANSFER-427893814 │ Reference: CS2022005 | -9251.35 | 55239.79 |
| Wise Charges for: TRANSFER-427893814<br>June 2, 2022 │ Transaction: TRANSFER-427893814 │ Reference: CS2022005 | -0.28 | 64491.14 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>June 2, 2022 │ Transaction: TRANSFER-427868417 | -1740.50 | 64491.42 |
| Wise Charges for: TRANSFER-427868417<br>June 2, 2022 │ Transaction: TRANSFER-427868417 | -0.28 | 66231.92 |
| Received money from Zeply OÜ with reference INV-CBUS-ZeplyOU-02R<br>May 13, 2022 │ Transaction: TRANSFER-415158122 │ Reference: INV-CBUS-ZeplyOU-02R | 1877.66 | 66232.20 |
| Converted USD to EUR<br>May 12, 2022 │ Transaction: BALANCE-455051918 | 57610.02 | 64354.54 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>May 4, 2022 │ Transaction: TRANSFER-409355802 │ Reference: invoice 6 1 1 | -866.88 | 6744.52 |
| Wise Charges for: TRANSFER-409355802<br>May 4, 2022 │ Transaction: TRANSFER-409355802 │ Reference: invoice 6 1 1 | -0.28 | 7611.40 |
| Sent money to Sergio Garcia Fernandez<br>May 3, 2022 │ Transaction: TRANSFER-408958509 │ Reference: 2022-04COMP | -96.67 | 7611.68 |
| Wise Charges for: TRANSFER-408958509<br>May 3, 2022 │ Transaction: TRANSFER-408958509 │ Reference: 2022-04COMP | -0.28 | 7708.35 |
| Sent money to Sergio Garcia Fernandez<br>May 3, 2022 │ Transaction: TRANSFER-408956717 │ Reference: CS2022004 | -5125.40 | 7708.63 |
| Wise Charges for: TRANSFER-408956717<br>May 3, 2022 │ Transaction: TRANSFER-408956717 │ Reference: CS2022004 | -0.28 | 12834.03 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| | | | |
|---|---|---|---|
| Sent money to Sergio Garcia Fernandez<br>April 5, 2022 | Transaction: TRANSFER-391834030 | Reference: CS2022003 | | -7354.43 | 12834.31 |
| Wise Charges for: TRANSFER-391834030<br>April 5, 2022 | Transaction: TRANSFER-391834030 | Reference: CS2022003 | | -0.28 | 20188.74 |
| Received money from WISE SECURITY GLOBAL, S.L. with reference D.P. N 3134/202 INSTRUCCION 5 PAM PLONA BTC GREEN DOR THEFT<br>April 4, 2022 | Transaction: TRANSFER-391188058 | Reference: D.P. N 3134/202 INSTRUCCION 5 PAM PLONA BTC GREEN DOR THEFT | 5895.00 | | 20189.02 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>April 3, 2022 | Transaction: TRANSFER-390625202 | Reference: inv es 411 | | -1642.63 | 14294.02 |
| Wise Charges for: TRANSFER-390625202<br>April 3, 2022 | Transaction: TRANSFER-390625202 | Reference: inv es 411 | | -0.28 | 15936.65 |
| Sent money to Sergio Garcia Fernandez<br>March 8, 2022 | Transaction: TRANSFER-376511711 | Reference: CS2022002 | | -9039.68 | 15936.93 |
| Wise Charges for: TRANSFER-376511711<br>March 8, 2022 | Transaction: TRANSFER-376511711 | Reference: CS2022002 | | -0.28 | 24976.61 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>March 3, 2022 | Transaction: TRANSFER-373741589 | Reference: ES 3 1 1 | | -1898.10 | 24976.89 |
| Wise Charges for: TRANSFER-373741589<br>March 3, 2022 | Transaction: TRANSFER-373741589 | Reference: ES 3 1 1 | | -0.28 | 26874.99 |
| Sent money to Sergio Garcia Fernandez<br>February 16, 2022 | Transaction: TRANSFER-365721385 | Reference: CS2022001 | | -8827.45 | 26875.27 |
| Wise Charges for: TRANSFER-365721385<br>February 16, 2022 | Transaction: TRANSFER-365721385 | Reference: CS2022001 | | -0.28 | 35702.72 |
| Received money from Zeply OÜ with reference INV-CBUS-ZeplyOU-01R<br>February 16, 2022 | Transaction: TRANSFER-365620386 | Reference: INV-CBUS-ZeplyOU-01R | 8010.05 | | 35703.00 |
| Converted USD to EUR<br>February 6, 2022 | Transaction: BALANCE-365422895 | 1200.00 | | 27692.95 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>February 5, 2022 | Transaction: TRANSFER-360430278 | Reference: inv ES 1 1 1 | | -1073.15 | 26492.95 |
| Wise Charges for: TRANSFER-360430278<br>February 5, 2022 | Transaction: TRANSFER-360430278 | Reference: inv ES 1 1 1 | | -0.28 | 27566.10 |
| Sent money to Securities Software Solution Corporation JSC<br>January 31, 2022 | Transaction: TRANSFER-339975095 | Reference: CB-Man-2103 | 26552.50 | | 27566.38 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel: +44 (0) 203 6950 999 https://www.wise.com

Need help? Visit **wise.com/help**