# EXHIBIT 23

**Wise US Inc.**
30 W 26th Street, Floor 6
New York
NY
10010
United States

Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

# GBP statement

January 1, 2023 [GMT-04:00] - June 20, 2023 [GMT-04:00]

Generated on: June 20, 2023

| Account Holder | IBAN | UK sort code |
|---|---|---|
| CipherBlade LLC<br>7070 FORWARD AVE APT 402<br>Pittsburgh<br>PA<br>15217<br>United States | GB07 TRWI 2314 7049 2483 33<br><br>**Account number**<br>49248333 | 23-14-70 |

| | | |
|---|---:|---:|
| **GBP balance on June 20, 2023 [GMT-04:00]** | | **2057.30 GBP** |
| Sent money to MRB Advisory Ltd<br>March 21, 2023 \| Transaction: TRANSFER-638840201 \| Reference: invoice no 1 | -6167.48 | 2057.30 |
| Received money from Adrian Hibbert with reference Adrian Hibbert<br>March 7, 2023 \| Transaction: TRANSFER-627282744 \| Reference: Adrian Hibbert | 8125.00 | 8224.78 |
| Sent money to Joshua Cooper-Duckett<br>March 1, 2023 \| Transaction: TRANSFER-621390431 \| Reference: inv no 0015 | -7823.98 | 99.78 |
| Received money from Adrian Hibbert with reference Adrian Hibbert<br>February 9, 2023 \| Transaction: TRANSFER-606039353 \| Reference: Adrian Hibbert | 1.00 | 7923.76 |
| Received money from J Ashworth with reference J Ashworth payment<br>January 24, 2023 \| Transaction: TRANSFER-592346979 \| Reference: J Ashworth payment | 6327.00 | 7922.76 |
| Sent money to Joshua Cooper-Duckett<br>January 2, 2023 \| Transaction: TRANSFER-575198704 \| Reference: inv 0013 | -4960.64 | 1595.76 |

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel: +44 (0) 203 6950 999 https://www.wise.com

Need help? Visit **wise.com/help**

**wise**

Wise US Inc.
30 W 26th Street, Floor 6
New York
NY
10010
United States

Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

# GBP statement

January 1, 2022 [GMT-05:00] - December 31, 2022 [GMT-05:00]

Generated on: June 20, 2023

| Account Holder | Account number | UK sort code |
|---|---|---|
| CipherBlade LLC<br>7070 FORWARD AVE APT 402<br>Pittsburgh<br>PA<br>15217<br>United States | 49248333<br><br>**IBAN**<br>GB07 TRWI 2314 7049 2483 33 | 23-14-70 |

| | | |
|---|---:|---:|
| **GBP balance on December 31, 2022 [GMT-05:00]** | | **6556.40 GBP** |
| Received money from MACKRELL with reference MACKRELL<br>December 8, 2022 \| Transaction: TRANSFER-557621322 \| Reference: MACKRELL | 4500.00 | 6556.40 |
| Received money from ZAHMOUL N CAP with reference TOP-UP RETAINER<br>November 10, 2022 \| Transaction: TRANSFER-536425530 \| Reference: TOP-UP RETAINER | 1500.00 | 2056.40 |
| Sent money to Joshua Cooper-Duckett<br>November 7, 2022 \| Transaction: TRANSFER-533253071 \| Reference: inv0011 | -1198.86 | 556.40 |
| Sent money to Joshua Cooper-Duckett<br>October 3, 2022 \| Transaction: TRANSFER-507807557 \| Reference: inv 0010 | -2746.10 | 1755.26 |
| Wise Charges for: TRANSFER-507807557<br>October 3, 2022 \| Transaction: TRANSFER-507807557 \| Reference: inv 0010 | -0.32 | 4501.36 |
| Received money from ZAHMOUL N CAP with reference CONSULTATION<br>September 23, 2022 \| Transaction: TRANSFER-501488662 \| Reference: CONSULTATION | 1500.00 | 4501.68 |
| Sent money to Jesus College Cambridge<br>August 29, 2022 \| Transaction: TRANSFER-483345149 \| Reference: Symposium Account | -2000.00 | 3001.68 |
| Wise Charges for: TRANSFER-483345149<br>August 29, 2022 \| Transaction: TRANSFER-483345149 \| Reference: Symposium Account | -0.32 | 5001.68 |
| Sent money to Joshua Cooper-Duckett<br>August 2, 2022 \| Transaction: TRANSFER-466252365 \| Reference: inv 0008 | -2444.13 | 5002.00 |
| Wise Charges for: TRANSFER-466252365<br>August 2, 2022 \| Transaction: TRANSFER-466252365 \| Reference: inv 0008 | -0.32 | 7446.13 |
| Sent money to Joshua Cooper-Duckett<br>July 13, 2022 \| Transaction: TRANSFER-453434554 \| Reference: Inv 0007 | -667.00 | 7446.45 |



Wise Payments Limited
Eesti filiaal

Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| | | |
|---|---:|---:|
| Wise Charges for: TRANSFER-453434554<br>July 13, 2022 \| Transaction: TRANSFER-453434554 \| Reference: Inv 0007 | -0.32 | 8113.45 |
| Received money from ZAHMOUL N CAP with reference CBUS-NADIAZAHMOUL-<br>June 7, 2022 \| Transaction: TRANSFER-431081146 \| Reference: CBUS-NADIAZAHMOUL- | 3000.00 | 8113.77 |
| Received money from ZAHMOUL N CAP with reference CBUS-NADIAZAHMOUL-<br>June 3, 2022 \| Transaction: TRANSFER-428738222 \| Reference: CBUS-NADIAZAHMOUL- | 147.25 | 5113.77 |
| Received money from ZAHMOUL N CAP with reference RETAINER<br>May 26, 2022 \| Transaction: TRANSFER-423214726 \| Reference: RETAINER | 270.00 | 4966.52 |
| Received money from ZAHMOUL N CAP with reference RETAINER<br>May 25, 2022 \| Transaction: TRANSFER-422601302 \| Reference: RETAINER | 2580.00 | 4696.52 |
| Received money from ZAHMOUL N CAP with reference CONSULTATION<br>May 24, 2022 \| Transaction: TRANSFER-421633144 \| Reference: CONSULTATION | 475.00 | 2116.52 |
| Sent money to Joshua Cooper-Duckett<br>March 3, 2022 \| Transaction: TRANSFER-373740640 \| Reference: February 22 | -229.48 | 1641.52 |
| Wise Charges for: TRANSFER-373740640<br>March 3, 2022 \| Transaction: TRANSFER-373740640 \| Reference: February 22 | -0.32 | 1871.00 |
| Sent money to Joshua Cooper-Duckett<br>February 1, 2022 \| Transaction: TRANSFER-358028340 \| Reference: 0002 | -3147.04 | 1871.32 |
| Wise Charges for: TRANSFER-358028340<br>February 1, 2022 \| Transaction: TRANSFER-358028340 \| Reference: 0002 | -0.32 | 5018.36 |

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel: +44 (0) 203 6950 999 https://www.wise.com

Need help? Visit **wise.com/help**