# EXHIBIT 24

WISE

**Wise US Inc.**
30 W 26th Street, Floor 6
New York
NY
10010
United States

Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

# USD statement

## January 1, 2023 [GMT-04:00] - June 20, 2023 [GMT-04:00]

Generated on: June 20, 2023

| Account Holder | Account number | Routing number |
|---|---|---|
| CipherBlade LLC<br>7070 FORWARD AVE APT 402<br>Pittsburgh<br>PA<br>15217<br>United States | 9600000000396222 | 084009519 |
| | **Account number** | **Wire routing number** |
| | 822000240959 | 026073008 |
| | | **Bank code (SWIFT/BIC)** |
| | | CMFGUS33 |

| USD balance on June 20, 2023 [GMT-04:00] | | | 64416.54 USD |
|---|---|---|---|
| Received money from Mercury with reference CREDIT<br>June 9, 2023 \| Transaction: TRANSFER-710652096 \| Reference: CREDIT | 30000.00 | | 64416.54 |
| Received money from CURZON GREEN SOLICITORS with reference INV-CBUS-CURZONGREEN-13<br>June 7, 2023 \| Transaction: TRANSFER-708437949 \| Reference: INV-CBUS-CURZONGREEN-13 | 510.00 | | 34416.54 |
| Wise Charges for: TRANSFER-708437949<br>June 7, 2023 \| Transaction: TRANSFER-708437949 \| Reference: INV-CBUS-CURZONGREEN-13 | | -4.14 | 33906.54 |
| Received money from QUANTUMA (CAYMAN) LTD. with reference CBUS-QUANTUMA-01<br>May 31, 2023 \| Transaction: TRANSFER-701602278 \| Reference: CBUS-QUANTUMA-01 | 13000.00 | | 33910.68 |
| Wise Charges for: TRANSFER-701602278<br>May 31, 2023 \| Transaction: TRANSFER-701602278 \| Reference: CBUS-QUANTUMA-01 | | -4.14 | 20910.68 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>May 31, 2023 \| Transaction: TRANSFER-700744088 \| Reference: CB-2311 | | -29828.44 | 20914.82 |
| Wise Charges for: TRANSFER-700744088<br>May 31, 2023 \| Transaction: TRANSFER-700744088 \| Reference: CB-2311 | | -171.56 | 50743.26 |
| Received money from Mercury with reference CREDIT<br>May 30, 2023 \| Transaction: TRANSFER-700335246 \| Reference: CREDIT | 25000.00 | | 50914.82 |
| Received money from NORIKO MASUMIYA with reference . . ISBEXP . .<br>May 26, 2023 \| Transaction: TRANSFER-697004017 \| Reference: . . ISBEXP . . | 7800.00 | | 25914.82 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Balance |
|---|---|---|---|
| Wise Charges for: TRANSFER-697004017<br>May 26, 2023 \| Transaction: TRANSFER-697004017 \| Reference: . . ISBEXP . . | | -4.14 | 18114.82 |
| Sent money to CipherBlade APAC Pte. Ltd.<br>May 21, 2023 \| Transaction: TRANSFER-692011940 \| Reference: inv 1002 | | -18200.00 | 18118.96 |
| Received money from Mercury with reference CREDIT<br>May 17, 2023 \| Transaction: TRANSFER-689432355 \| Reference: CREDIT | 20000.00 | | 36318.96 |
| Received money from CipherBlade APAC Pte. Ltd. with reference repayment<br>May 17, 2023 \| Transaction: TRANSFER-689203002 \| Reference: repayment | 3000.00 | | 16318.96 |
| Sent money to CipherBlade APAC Pte. Ltd.<br>May 17, 2023 \| Transaction: TRANSFER-689194292 \| Reference: inv 1003 | | -6500.00 | 13318.96 |
| Sent money to CipherBlade APAC Pte. Ltd.<br>May 17, 2023 \| Transaction: TRANSFER-689133265 \| Reference: loan | | -3000.00 | 19818.96 |
| Sent money to Joshua Cooper-Duckett<br>May 15, 2023 \| Transaction: TRANSFER-686791888 \| Reference: inv 0020 | | -3830.20 | 22818.96 |
| Wise Charges for: TRANSFER-686791888<br>May 15, 2023 \| Transaction: TRANSFER-686791888 \| Reference: inv 0020 | | -18.40 | 26649.16 |
| Sent money to MRB Advisory Ltd<br>May 10, 2023 \| Transaction: TRANSFER-682605008 \| Reference: Ledger | | -83.94 | 26667.56 |
| Wise Charges for: TRANSFER-682605008<br>May 10, 2023 \| Transaction: TRANSFER-682605008 \| Reference: Ledger | | -0.75 | 26751.50 |
| Sent money to Sergio García Fernandez<br>May 6, 2023 \| Transaction: TRANSFER-679606554 \| Reference: CS2023005 | | -3806.85 | 26752.25 |
| Wise Charges for: TRANSFER-679606554<br>May 6, 2023 \| Transaction: TRANSFER-679606554 \| Reference: CS2023005 | | -18.20 | 30559.10 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>May 5, 2023 \| Transaction: TRANSFER-679357591 \| Reference: CB-2310 | | -49274.60 | 30577.30 |
| Wise Charges for: TRANSFER-679357591<br>May 5, 2023 \| Transaction: TRANSFER-679357591 \| Reference: CB-2310 | | -282.40 | 79851.90 |
| Received money from Mercury with reference CREDIT<br>May 1, 2023 \| Transaction: TRANSFER-674517224 \| Reference: CREDIT | 40000.00 | | 80134.30 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>May 1, 2023 \| Transaction: TRANSFER-673916778 \| Reference: CB-2309 | | -29828.44 | 40134.30 |
| Wise Charges for: TRANSFER-673916778<br>May 1, 2023 \| Transaction: TRANSFER-673916778 \| Reference: CB-2309 | | -171.56 | 69962.74 |
| Sent money to William Jones<br>April 27, 2023 \| Transaction: TRANSFER-670997608 \| Reference: Links | | -1181.02 | 70134.30 |
| Wise Charges for: TRANSFER-670997608<br>April 27, 2023 \| Transaction: TRANSFER-670997608 \| Reference: Links | | -0.39 | 71315.32 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Amount |
|---|---|---|---|
| Sent money to MRB Advisory Ltd<br>April 20, 2023 \| Transaction: TRANSFER-665102993 \| Reference: inv april 2023 | | -7465.27 | 71315.71 |
| Wise Charges for: TRANSFER-665102993<br>April 20, 2023 \| Transaction: TRANSFER-665102993 \| Reference: inv april 2023 | | -24.29 | 78780.98 |
| Received money from Mercury with reference CREDIT<br>April 18, 2023 \| Transaction: TRANSFER-663012576 \| Reference: CREDIT | 40000.00 | | 78805.27 |
| Sent money to Joshua Cooper-Duckett<br>April 14, 2023 \| Transaction: TRANSFER-659599820 \| Reference: inv 0018 | | -19935.80 | 38805.27 |
| Wise Charges for: TRANSFER-659599820<br>April 14, 2023 \| Transaction: TRANSFER-659599820 \| Reference: inv 0018 | | -64.20 | 58741.07 |
| Sent money to Inquisita Solutions Ltd<br>April 13, 2023 \| Transaction: TRANSFER-659135664 \| Reference: inv 23003 | | -55263.89 | 58805.27 |
| Wise Charges for: TRANSFER-659135664<br>April 13, 2023 \| Transaction: TRANSFER-659135664 \| Reference: inv 23003 | | -202.64 | 114069.16 |
| Sent money to Inquisita Solutions Ltd<br>April 12, 2023 \| Transaction: TRANSFER-658021394 \| Reference: Inv 23003 | | -54966.20 | 114271.80 |
| Wise Charges for: TRANSFER-658021394<br>April 12, 2023 \| Transaction: TRANSFER-658021394 \| Reference: Inv 23003 | | -203.69 | 169238.00 |
| Received money from Mercury with reference CREDIT<br>April 10, 2023 \| Transaction: TRANSFER-656055940 \| Reference: CREDIT | 50000.00 | | 169441.69 |
| Received money from YASSER AHMED HAFEZ NEGM with reference /RFB/INVESTIGATION SERVICE<br>April 10, 2023 \| Transaction: TRANSFER-655857758 \| Reference: /RFB/INVESTIGATION SERVICE | 5050.00 | | 119441.69 |
| Wise Charges for: TRANSFER-655857758<br>April 10, 2023 \| Transaction: TRANSFER-655857758 \| Reference: /RFB/INVESTIGATION SERVICE | | -4.14 | 114391.69 |
| Converted USD to EUR<br>April 8, 2023 \| Transaction: BALANCE-955595126 | | -130840.10 | 114395.83 |
| Wise Charges for: BALANCE-955595126<br>April 8, 2023 \| Transaction: BALANCE-955595126 | | -484.11 | 245235.93 |
| Sent money to Cipherblade Ltd.<br>April 8, 2023 \| Transaction: TRANSFER-654660156 | | -51066.65 | 245720.04 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>April 8, 2023 \| Transaction: TRANSFER-654658144 \| Reference: CB-2308 | | -33298.48 | 296786.69 |
| Wise Charges for: TRANSFER-654658144<br>April 8, 2023 \| Transaction: TRANSFER-654658144 \| Reference: CB-2308 | | -179.81 | 330085.17 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Amount |
|---|---|---|---|
| Sent money to Green Stone Business Advisory FZ-LLC<br>April 6, 2023 \| Transaction: TRANSFER-653719076 \| Reference: CB-2308 | | -29828.44 | 330264.98 |
| Wise Charges for: TRANSFER-653719076<br>April 6, 2023 \| Transaction: TRANSFER-653719076 \| Reference: CB-2308 | | -171.56 | 360093.42 |
| Received money from ARRENDADORA FAGO SA DE CV with reference /RFB/DOWN PAYMENT P O 4500152//324<br>April 4, 2023 \| Transaction: TRANSFER-651242137 \| Reference: /RFB/DOWN PAYMENT P O 4500152//324 | 18200.00 | | 360264.98 |
| Wise Charges for: TRANSFER-651242137<br>April 4, 2023 \| Transaction: TRANSFER-651242137 \| Reference: /RFB/DOWN PAYMENT P O 4500152//324 | | -4.14 | 342064.98 |
| Sent money to Joshua Cooper-Duckett<br>April 3, 2023 \| Transaction: TRANSFER-649404813 \| Reference: inv 0017 | | -24882.66 | 342069.12 |
| Wise Charges for: TRANSFER-649404813<br>April 3, 2023 \| Transaction: TRANSFER-649404813 \| Reference: inv 0017 | | -117.34 | 366951.78 |
| Sent money to Joshua Cooper-Duckett<br>April 2, 2023 \| Transaction: TRANSFER-648880771 \| Reference: inv 0016 | | -7270.30 | 367069.12 |
| Wise Charges for: TRANSFER-648880771<br>April 2, 2023 \| Transaction: TRANSFER-648880771 \| Reference: inv 0016 | | -34.56 | 374339.42 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>April 2, 2023 \| Transaction: TRANSFER-648735825 \| Reference: CB-2307 | | -39254.01 | 374373.98 |
| Wise Charges for: TRANSFER-648735825<br>April 2, 2023 \| Transaction: TRANSFER-648735825 \| Reference: CB-2307 | | -225.29 | 413627.99 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>March 27, 2023 \| Transaction: TRANSFER-643349821 \| Reference: CB-2306 | | -29873.00 | 413853.28 |
| Wise Charges for: TRANSFER-643349821<br>March 27, 2023 \| Transaction: TRANSFER-643349821 \| Reference: CB-2306 | | -127.00 | 443726.28 |
| Received money from ATTESTOR VALUE MASTER FUND TR with reference /ROC/INV-CBUS-SVALBAR<br>March 24, 2023 \| Transaction: TRANSFER-641421847 \| Reference: /ROC/INV-CBUS-SVALBAR | 663.00 | | 443853.28 |
| Wise Charges for: TRANSFER-641421847<br>March 24, 2023 \| Transaction: TRANSFER-641421847 \| Reference: /ROC/INV-CBUS-SVALBAR | | -4.14 | 443190.28 |
| Received money from CIG MINISTRY OF INVESTMENT with reference /RFB/INVOICEINV-CBUS-CIG-02R<br>March 22, 2023 \| Transaction: TRANSFER-639728714 \| Reference: /RFB/INVOICEINV-CBUS-CIG-02R | 3900.00 | | 443194.42 |
| Wise Charges for: TRANSFER-639728714<br>March 22, 2023 \| Transaction: TRANSFER-639728714 \| Reference: /RFB/INVOICEINV-CBUS-CIG-02R | | -4.14 | 439294.42 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Balance |
|---|---|---|---|
| Converted USD to EUR<br>March 13, 2023 \| Transaction: BALANCE-904970894 | | -119563.04 | 439298.56 |
| Wise Charges for: BALANCE-904970894<br>March 13, 2023 \| Transaction: BALANCE-904970894 | | -436.96 | 558861.60 |
| Sent money to Sergio García Fernandez<br>March 10, 2023 \| Transaction: TRANSFER-629714709 \| Reference: CS2023002 | | -9851.41 | 559298.56 |
| Wise Charges for: TRANSFER-629714709<br>March 10, 2023 \| Transaction: TRANSFER-629714709 \| Reference: CS2023002 | | -36.74 | 569149.97 |
| Sent money to TIC TAC P.C.<br>March 9, 2023 \| Transaction: TRANSFER-628892674 | | -1303.50 | 569186.71 |
| Wise Charges for: TRANSFER-628892674<br>March 9, 2023 \| Transaction: TRANSFER-628892674 | | -5.11 | 570490.21 |
| Received money from CURZON GREEN SOLICITORS with reference INV-CBUS-CURZONGREEN-12<br>March 7, 2023 \| Transaction: TRANSFER-627364059 \| Reference: INV-CBUS-CURZONGREEN-12 | 530.00 | | 570495.32 |
| Wise Charges for: TRANSFER-627364059<br>March 7, 2023 \| Transaction: TRANSFER-627364059 \| Reference: INV-CBUS-CURZONGREEN-12 | | -4.14 | 569965.32 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>March 6, 2023 \| Transaction: TRANSFER-626597607 \| Reference: CB-2305 | | -25694.58 | 569969.46 |
| Wise Charges for: TRANSFER-626597607<br>March 6, 2023 \| Transaction: TRANSFER-626597607 \| Reference: CB-2305 | | -122.30 | 595664.04 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>March 4, 2023 \| Transaction: TRANSFER-624682354 \| Reference: CB-2305 | | -39811.35 | 595786.34 |
| Wise Charges for: TRANSFER-624682354<br>March 4, 2023 \| Transaction: TRANSFER-624682354 \| Reference: CB-2305 | | -188.65 | 635597.69 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>March 3, 2023 \| Transaction: TRANSFER-624184555 \| Reference: CB-2304 | | -24744.03 | 635786.34 |
| Wise Charges for: TRANSFER-624184555<br>March 3, 2023 \| Transaction: TRANSFER-624184555 \| Reference: CB-2304 | | -117.83 | 660530.37 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>March 2, 2023 \| Transaction: TRANSFER-623156416 \| Reference: CB-2304 | | -49744.61 | 660648.20 |
| Wise Charges for: TRANSFER-623156416<br>March 2, 2023 \| Transaction: TRANSFER-623156416 \| Reference: CB-2304 | | -255.39 | 710392.81 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>March 1, 2023 \| Transaction: TRANSFER-622400901 \| Reference: CB-2303 | | -49715.09 | 710648.20 |
| Wise Charges for: TRANSFER-622400901<br>March 1, 2023 \| Transaction: TRANSFER-622400901 \| Reference: CB-2303 | | -284.91 | 760363.29 |

Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Balance |
|---|---|---|---|
| Received money from HASH ASSET MANAGEMENT LTD with reference HASH CIB ASSET MANAGEMENT LTD ENGAGEMENT LETTER<br>March 1, 2023 \| Transaction: TRANSFER-622076430 \| Reference: HASH CIB ASSET MANAGEMENT LTD ENGAGEMENT LETTER | 7500.00 | | 760648.20 |
| Wise Charges for: TRANSFER-622076430<br>March 1, 2023 \| Transaction: TRANSFER-622076430 \| Reference: HASH CIB ASSET MANAGEMENT LTD ENGAGEMENT LETTER | | -4.14 | 753148.20 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>March 1, 2023 \| Transaction: TRANSFER-621391941 \| Reference: CB-2304 | | -49715.09 | 753152.34 |
| Wise Charges for: TRANSFER-621391941<br>March 1, 2023 \| Transaction: TRANSFER-621391941 \| Reference: CB-2304 | | -284.91 | 802867.43 |
| Sent money to William Jones<br>February 28, 2023 \| Transaction: TRANSFER-620119338 | | -3000.00 | 803152.34 |
| Wise Charges for: TRANSFER-620119338<br>February 28, 2023 \| Transaction: TRANSFER-620119338 | | -0.39 | 806152.34 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>February 27, 2023 \| Transaction: TRANSFER-619392935 \| Reference: ES 2 1 1 | | -5303.26 | 806152.73 |
| Wise Charges for: TRANSFER-619392935<br>February 27, 2023 \| Transaction: TRANSFER-619392935 \| Reference: ES 2 1 1 | | -19.91 | 811455.99 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>February 27, 2023 \| Transaction: TRANSFER-619162806 \| Reference: CB-2303 | | -29836.25 | 811475.90 |
| Wise Charges for: TRANSFER-619162806<br>February 27, 2023 \| Transaction: TRANSFER-619162806 \| Reference: CB-2303 | | -163.75 | 841312.15 |
| Received money from GUILLERMO ARTURO ANGULO SOLORZANO with reference PAGO DE SERVICIOS<br>February 22, 2023 \| Transaction: TRANSFER-615889658 \| Reference: PAGO DE SERVICIOS | 9073.00 | | 841475.90 |
| Wise Charges for: TRANSFER-615889658<br>February 22, 2023 \| Transaction: TRANSFER-615889658 \| Reference: PAGO DE SERVICIOS | | -4.14 | 832402.90 |
| Received money from CHARDON DIGITAL LIMITED with reference PAYMENT FOR INVOICE ID. INV-CBUS-CHARDON-01<br>February 22, 2023 \| Transaction: TRANSFER-615052762 \| Reference: PAYMENT FOR INVOICE ID. INV-CBUS-CHARDON-01 | 699451.57 | | 832407.04 |
| Wise Charges for: TRANSFER-615052762<br>February 22, 2023 \| Transaction: TRANSFER-615052762 \| Reference: PAYMENT FOR INVOICE ID. INV-CBUS-CHARDON-01 | | -4.14 | 132955.47 |
| Received money from Mercury with reference CREDIT<br>February 21, 2023 \| Transaction: TRANSFER-614980118 \| Reference: CREDIT | 50000.00 | | 132959.61 |
| Received money from CIG MINISTRY OF INVESTMENT with reference /RFB/INVOICE INV-CBUS-GIG-01R<br>February 17, 2023 \| Transaction: TRANSFER-612326506 \| Reference: /RFB/INVOICE INV-CBUS-GIG-01R | 5150.00 | | 82959.61 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Balance |
|---|---|---|---|
| Wise Charges for: TRANSFER-612326506<br>February 17, 2023 \| Transaction: TRANSFER-612326506 \| Reference: /RFB/INVOICE INV-CBUS-GIG-01R | | -4.14 | 77809.61 |
| Sent money to William Jones<br>February 16, 2023 \| Transaction: TRANSFER-610829055 | | -5000.00 | 77813.75 |
| Wise Charges for: TRANSFER-610829055<br>February 16, 2023 \| Transaction: TRANSFER-610829055 | | -0.39 | 82813.75 |
| Received money from KRISTIANSSON THERESE with reference LILIAN MARLENE LINDBLAD 820127-0041<br>February 10, 2023 \| Transaction: TRANSFER-606669787 \| Reference: LILIAN MARLENE LINDBLAD 820127-0041 | 5490.00 | | 82814.14 |
| Wise Charges for: TRANSFER-606669787<br>February 10, 2023 \| Transaction: TRANSFER-606669787 \| Reference: LILIAN MARLENE LINDBLAD 820127-0041 | | -4.14 | 77324.14 |
| Received money from KRISTIANSSON THERESE with reference LILIAN MARLENE LINDBLAD 820127-0041<br>February 9, 2023 \| Transaction: TRANSFER-605711837 \| Reference: LILIAN MARLENE LINDBLAD 820127-0041 | 13990.00 | | 77328.28 |
| Wise Charges for: TRANSFER-605711837<br>February 9, 2023 \| Transaction: TRANSFER-605711837 \| Reference: LILIAN MARLENE LINDBLAD 820127-0041 | | -4.14 | 63338.28 |
| Received money from Mercury with reference CREDIT<br>February 8, 2023 \| Transaction: TRANSFER-605140646 \| Reference: CREDIT | 50000.00 | | 63342.42 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>February 8, 2023 \| Transaction: TRANSFER-604899241 \| Reference: CB-Man-2302 | | -31035.13 | 13342.42 |
| Wise Charges for: TRANSFER-604899241<br>February 8, 2023 \| Transaction: TRANSFER-604899241 \| Reference: CB-Man-2302 | | -178.44 | 44377.55 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>February 8, 2023 \| Transaction: TRANSFER-604545726 \| Reference: CB-Man-2302 | | -29828.44 | 44555.99 |
| Wise Charges for: TRANSFER-604545726<br>February 8, 2023 \| Transaction: TRANSFER-604545726 \| Reference: CB-Man-2302 | | -171.56 | 74384.43 |
| Converted USD to EUR<br>February 3, 2023 \| Transaction: BALANCE-839578428 | | -1079.39 | 74555.99 |
| Wise Charges for: BALANCE-839578428<br>February 3, 2023 \| Transaction: BALANCE-839578428 | | -5.07 | 75635.38 |
| Sent money to Joshua Cooper-Duckett<br>February 1, 2023 \| Transaction: TRANSFER-598474353 \| Reference: inv 0014 | | -6946.80 | 75640.45 |
| Wise Charges for: TRANSFER-598474353<br>February 1, 2023 \| Transaction: TRANSFER-598474353 \| Reference: inv 0014 | | -33.04 | 82587.25 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Amount |
|---|---|---|---|
| Received money from Mercury with reference CREDIT<br>January 31, 2023 \| Transaction: TRANSFER-598027144 \| Reference: CREDIT | 30000.00 | | 82620.29 |
| Received money from BDSWISS HOLDING LIMITED with reference CIPHERBLADE LLC INV.CBUS.BDSWISS.02<br>January 31, 2023 \| Transaction: TRANSFER-597880411 \| Reference: CIPHERBLADE LLC INV.CBUS.BDSWISS.02 | 9971.00 | | 52620.29 |
| Wise Charges for: TRANSFER-597880411<br>January 31, 2023 \| Transaction: TRANSFER-597880411 \| Reference: CIPHERBLADE LLC INV.CBUS.BDSWISS.02 | | -4.14 | 42649.29 |
| Received money from Mercury with reference CREDIT<br>January 31, 2023 \| Transaction: TRANSFER-597455338 \| Reference: CREDIT | 40000.00 | | 42653.43 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>January 30, 2023 \| Transaction: TRANSFER-596997968 \| Reference: CB-Man-2301 | | -29853.34 | 2653.43 |
| Wise Charges for: TRANSFER-596997968<br>January 30, 2023 \| Transaction: TRANSFER-596997968 \| Reference: CB-Man-2301 | | -146.66 | 32506.77 |
| Received money from COHEN CRAMER LIMITED with reference INV-CBUS-COHENCRAMERSOLICITORS- 01<br>January 27, 2023 \| Transaction: TRANSFER-594793984 \| Reference: INV-CBUS-COHENCRAMERSOLICITORS- 01 | 8714.32 | | 32653.43 |
| Wise Charges for: TRANSFER-594793984<br>January 27, 2023 \| Transaction: TRANSFER-594793984 \| Reference: INV-CBUS-COHENCRAMERSOLICITORS- 01 | | -4.14 | 23939.11 |
| Received money from Mercury with reference CREDIT<br>January 26, 2023 \| Transaction: TRANSFER-594033069 \| Reference: CREDIT | 20000.00 | | 23943.25 |
| Received money from Mercury with reference CREDIT<br>January 17, 2023 \| Transaction: TRANSFER-587378054 \| Reference: CREDIT | 1000.00 | | 3943.25 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>January 3, 2023 \| Transaction: TRANSFER-576500738 \| Reference: CB-Man-2214 | | -35636.00 | 2943.25 |
| Wise Charges for: TRANSFER-576500738<br>January 3, 2023 \| Transaction: TRANSFER-576500738 \| Reference: CB-Man-2214 | | -204.66 | 38579.25 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>January 2, 2023 \| Transaction: TRANSFER-575770156 \| Reference: CB-Man-2214 | | -29828.44 | 38783.91 |
| Wise Charges for: TRANSFER-575770156<br>January 2, 2023 \| Transaction: TRANSFER-575770156 \| Reference: CB-Man-2214 | | -171.56 | 68612.35 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>January 2, 2023 \| Transaction: TRANSFER-575196247 \| Reference: CB-Man-2214 | | -49715.09 | 68783.91 |
| Wise Charges for: TRANSFER-575196247<br>January 2, 2023 \| Transaction: TRANSFER-575196247 \| Reference: CB-Man-2214 | | -284.91 | 118499.00 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel: +44 (0) 203 6950 999 https://www.wise.com

Need help? Visit **wise.com/help**

WISE

**Wise US Inc.**
30 W 26th Street, Floor 6
New York
NY
10010
United States

Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

# USD statement

## January 1, 2022 [GMT-05:00] - December 31, 2022 [GMT-05:00]

Generated on: June 20, 2023

**Account Holder**
CipherBlade LLC
7070 FORWARD AVE APT 402
Pittsburgh
PA
15217
United States

| Account number | Routing number |
|---|---|
| 9600000000396222 | 084009519 |

| Account number | Wire routing number |
|---|---|
| 822000240959 | 026073008 |
| | **Bank code (SWIFT/BIC)** |
| | CMFGUS33 |

| **USD balance on December 31, 2022 [GMT-05:00]** | | | **118783.91 USD** |
|---|---|---|---|
| Received money from Mercury with reference CREDIT<br>December 30, 2022 \| Transaction: TRANSFER-574031808 \| Reference: CREDIT | 40000.00 | | 118783.91 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>December 30, 2022 \| Transaction: TRANSFER-573727119 \| Reference: CB-Man-2214 | | -49764.57 | 78783.91 |
| Wise Charges for: TRANSFER-573727119<br>December 30, 2022 \| Transaction: TRANSFER-573727119 \| Reference: CB-Man-2214 | | -235.43 | 128548.48 |
| Sent money to Cipherblade Ltd.<br>December 30, 2022 \| Transaction: TRANSFER-573720133 \| Reference: Q4 2022 | | -66405.20 | 128783.91 |
| Sent money to White Orchard Capital Ltd<br>December 28, 2022 \| Transaction: TRANSFER-571938569 \| Reference: inv no 8 28 dec 2022 | | -29889.12 | 195189.11 |
| Wise Charges for: TRANSFER-571938569<br>December 28, 2022 \| Transaction: TRANSFER-571938569 \| Reference: inv no 8 28 dec 2022 | | -110.88 | 225078.23 |
| Received money from Mercury with reference CREDIT<br>December 27, 2022 \| Transaction: TRANSFER-571361581 \| Reference: CREDIT | 30000.00 | | 225189.11 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>December 26, 2022 \| Transaction: TRANSFER-570551033 \| Reference: CB-Man-2213 | | -29858.13 | 195189.11 |
| Wise Charges for: TRANSFER-570551033<br>December 26, 2022 \| Transaction: TRANSFER-570551033 \| Reference: CB-Man-2213 | | -141.87 | 225047.24 |
| Sent money to White Orchard Capital Ltd<br>December 22, 2022 \| Transaction: TRANSFER-568226683 \| Reference: inv no 4 dec 2022 | | -29889.12 | 225189.11 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Balance |
|---|---|---|---|
| Wise Charges for: TRANSFER-568226683<br>December 22, 2022 \| Transaction: TRANSFER-568226683 \| Reference: inv no 4 dec 2022 | | -110.88 | 255078.23 |
| Received money from Mercury with reference CREDIT<br>December 22, 2022 \| Transaction: TRANSFER-568214142 \| Reference: CREDIT | 41000.00 | | 255189.11 |
| Received money from Mercury with reference CREDIT<br>December 21, 2022 \| Transaction: TRANSFER-567367330 \| Reference: CREDIT | 42000.00 | | 214189.11 |
| Sent money to White Orchard Capital Ltd<br>December 21, 2022 \| Transaction: TRANSFER-567085478 \| Reference: inv no 4 dec 2022 | | -29864.99 | 172189.11 |
| Wise Charges for: TRANSFER-567085478<br>December 21, 2022 \| Transaction: TRANSFER-567085478 \| Reference: inv no 4 dec 2022 | | -135.01 | 202054.10 |
| Sent money to White Orchard Capital Ltd<br>December 20, 2022 \| Transaction: TRANSFER-566203180 \| Reference: Inv no 4 - 4 Dec 2022 | | -29859.37 | 202189.11 |
| Wise Charges for: TRANSFER-566203180<br>December 20, 2022 \| Transaction: TRANSFER-566203180 \| Reference: Inv no 4 - 4 Dec 2022 | | -140.63 | 232048.48 |
| Received money from Mercury with reference CREDIT<br>December 19, 2022 \| Transaction: TRANSFER-565488348 \| Reference: CREDIT | 40000.00 | | 232189.11 |
| Sent money to White Orchard Capital Ltd<br>December 19, 2022 \| Transaction: TRANSFER-564887488 \| Reference: CB-Cons-2201 | | -29859.37 | 192189.11 |
| Wise Charges for: TRANSFER-564887488<br>December 19, 2022 \| Transaction: TRANSFER-564887488 \| Reference: CB-Cons-2201 | | -140.63 | 222048.48 |
| Received money from Mercury with reference CREDIT<br>December 12, 2022 \| Transaction: TRANSFER-560308240 \| Reference: CREDIT | 40000.00 | | 222189.11 |
| Received money from Mercury with reference CREDIT<br>December 7, 2022 \| Transaction: TRANSFER-556778637 \| Reference: CREDIT | 50000.00 | | 182189.11 |
| Received money from Mercury with reference CREDIT<br>December 5, 2022 \| Transaction: TRANSFER-555048720 \| Reference: CREDIT | 40000.00 | | 132189.11 |
| Sent money to Joshua Cooper-Duckett<br>December 1, 2022 \| Transaction: TRANSFER-551732408 \| Reference: inv 0012 | | -7297.27 | 92189.11 |
| Wise Charges for: TRANSFER-551732408<br>December 1, 2022 \| Transaction: TRANSFER-551732408 \| Reference: inv 0012 | | -34.69 | 99486.38 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>December 1, 2022 \| Transaction: TRANSFER-551278800 \| Reference: CB-Man-2212 | | -29828.44 | 99521.07 |
| Wise Charges for: TRANSFER-551278800<br>December 1, 2022 \| Transaction: TRANSFER-551278800 \| Reference: CB-Man-2212 | | -171.56 | 129349.51 |
| Received money from BDSWISS HOLDING LIMITED with reference CIPHERBLADE LLC INV INV.CBUS.BDSW<br>November 29, 2022 \| Transaction: TRANSFER-549660029 \| Reference: CIPHERBLADE LLC INV INV.CBUS.BDSW | 12965.00 | | 129521.07 |

wise

Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Balance |
|---|---|---|---|
| Wise Charges for: TRANSFER-549660029<br>November 29, 2022 \| Transaction: TRANSFER-549660029 \| Reference: CIPHERBLADE LLC INV INV.CBUS.BDSW | | -4.14 | 116556.07 |
| Received money from HANQI ZHOU with reference REFERENCE: JOY ZHOU<br>November 28, 2022 \| Transaction: TRANSFER-548993943 \| Reference: REFERENCE: JOY ZHOU | 1500.00 | | 116560.21 |
| Wise Charges for: TRANSFER-548993943<br>November 28, 2022 \| Transaction: TRANSFER-548993943 \| Reference: REFERENCE: JOY ZHOU | | -4.14 | 115060.21 |
| Received money from MR ANDREW COCKWELL with reference CONSULTING SERVICES<br>November 23, 2022 \| Transaction: TRANSFER-545532299 \| Reference: CONSULTING SERVICES | 16240.00 | | 115064.35 |
| Wise Charges for: TRANSFER-545532299<br>November 23, 2022 \| Transaction: TRANSFER-545532299 \| Reference: CONSULTING SERVICES | | -4.14 | 98824.35 |
| Received money from OPIO A.S. with reference SERVIS<br>November 23, 2022 \| Transaction: TRANSFER-545253086 \| Reference: SERVIS | 6455.00 | | 98828.49 |
| Wise Charges for: TRANSFER-545253086<br>November 23, 2022 \| Transaction: TRANSFER-545253086 \| Reference: SERVIS | | -4.14 | 92373.49 |
| Received money from Mercury with reference CREDIT<br>November 21, 2022 \| Transaction: TRANSFER-544022228 \| Reference: CREDIT | 40000.00 | | 92377.63 |
| Received money from HASH ASSET MANAGEMENT LTD with reference HASH CIB ASSET MANAGEMENT LTD ENGAGEMENT LETTER<br>November 21, 2022 \| Transaction: TRANSFER-543750149 \| Reference: HASH CIB ASSET MANAGEMENT LTD ENGAGEMENT LETTER | 7800.00 | | 52377.63 |
| Wise Charges for: TRANSFER-543750149<br>November 21, 2022 \| Transaction: TRANSFER-543750149 \| Reference: HASH CIB ASSET MANAGEMENT LTD ENGAGEMENT LETTER | | -4.14 | 44577.63 |
| Received money from URBANA AG HAGENDORF with reference INV-CBUS-ANDREASTESTER-01R<br>November 15, 2022 \| Transaction: TRANSFER-539679193 \| Reference: INV-CBUS-ANDREASTESTER-01R | 9722.00 | | 44581.77 |
| Wise Charges for: TRANSFER-539679193<br>November 15, 2022 \| Transaction: TRANSFER-539679193 \| Reference: INV-CBUS-ANDREASTESTER-01R | | -4.14 | 34859.77 |
| Sent money to Sergio García Fernandez<br>November 9, 2022 \| Transaction: TRANSFER-535744854 \| Reference: CS2022010 | | -9716.06 | 34863.91 |
| Wise Charges for: TRANSFER-535744854<br>November 9, 2022 \| Transaction: TRANSFER-535744854 \| Reference: CS2022010 | | -45.95 | 44579.97 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>November 7, 2022 \| Transaction: TRANSFER-534156151 \| Reference: CB-Man-2211 | | -29828.44 | 44625.92 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Balance |
|---|---|---|---|
| Wise Charges for: TRANSFER-534156151<br>November 7, 2022 \| Transaction: TRANSFER-534156151 \| Reference: CB-Man-2211 | | -171.56 | 74454.36 |
| Received money from Mercury with reference CREDIT<br>November 7, 2022 \| Transaction: TRANSFER-534069404 \| Reference: CREDIT | 50000.00 | | 74625.92 |
| Sent money to Sergio García Fernandez<br>October 23, 2022 \| Transaction: TRANSFER-522280054 \| Reference: reimbursement | | -66.47 | 24625.92 |
| Wise Charges for: TRANSFER-522280054<br>October 23, 2022 \| Transaction: TRANSFER-522280054 \| Reference: reimbursement | | -0.53 | 24692.39 |
| Received money from WISE SECURITY GLOBAL_ S.L. with reference INV CBUS WISE SECURITYGLOBALS.L. 02<br>October 19, 2022 \| Transaction: TRANSFER-519918067 \| Reference: INV CBUS WISE SECURITYGLOBALS.L. 02 | 399.25 | | 24692.92 |
| Wise Charges for: TRANSFER-519918067<br>October 19, 2022 \| Transaction: TRANSFER-519918067 \| Reference: INV CBUS WISE SECURITYGLOBALS.L. 02 | | -4.14 | 24293.67 |
| Received money from CURZON GREEN SOLICITORS with reference INV-CBUS-CURZONGREEN-11<br>October 17, 2022 \| Transaction: TRANSFER-518441257 \| Reference: INV-CBUS-CURZONGREEN-11 | 1765.00 | | 24297.81 |
| Wise Charges for: TRANSFER-518441257<br>October 17, 2022 \| Transaction: TRANSFER-518441257 \| Reference: INV-CBUS-CURZONGREEN-11 | | -4.14 | 22532.81 |
| Received money from HANQI ZHOU with reference REFERENCE: JOY ZHOU<br>October 13, 2022 \| Transaction: TRANSFER-516035434 \| Reference: REFERENCE: JOY ZHOU | 5000.00 | | 22536.95 |
| Wise Charges for: TRANSFER-516035434<br>October 13, 2022 \| Transaction: TRANSFER-516035434 \| Reference: REFERENCE: JOY ZHOU | | -4.14 | 17536.95 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>October 13, 2022 \| Transaction: TRANSFER-515712441 \| Reference: CB-Man-2210 | | -37399.99 | 17541.09 |
| Wise Charges for: TRANSFER-515712441<br>October 13, 2022 \| Transaction: TRANSFER-515712441 \| Reference: CB-Man-2210 | | -177.32 | 54941.08 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>October 11, 2022 \| Transaction: TRANSFER-514256786 \| Reference: CB-Man-2210 | | -29829.51 | 55118.40 |
| Wise Charges for: TRANSFER-514256786<br>October 11, 2022 \| Transaction: TRANSFER-514256786 \| Reference: CB-Man-2210 | | -170.49 | 84947.91 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>October 10, 2022 \| Transaction: TRANSFER-513432223 \| Reference: CB-Man-2210 | | -49715.09 | 85118.40 |
| Wise Charges for: TRANSFER-513432223<br>October 10, 2022 \| Transaction: TRANSFER-513432223 \| Reference: CB-Man-2210 | | -284.91 | 134833.49 |
| Sent money to Cryptobaking, vl. Nevena Lazic<br>October 4, 2022 \| Transaction: TRANSFER-509287436 \| Reference: inv 15 1 1 | | -1935.09 | 135118.40 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | In | Out | Balance |
|---|---|---|---|
| Wise Charges for: TRANSFER-509287436<br>October 4, 2022 \| Transaction: TRANSFER-509287436 \| Reference: inv 15 1 1 | | -9.38 | 137053.49 |
| Received money from Mercury with reference CREDIT<br>October 3, 2022 \| Transaction: TRANSFER-508743566 \| Reference: CREDIT | 40000.00 | | 137062.87 |
| Received money from Mercury with reference CREDIT<br>October 3, 2022 \| Transaction: TRANSFER-508742372 \| Reference: CREDIT | 40.00 | | 97062.87 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>October 3, 2022 \| Transaction: TRANSFER-507808935 \| Reference: CB-Man-2209 | | -29828.44 | 97022.87 |
| Wise Charges for: TRANSFER-507808935<br>October 3, 2022 \| Transaction: TRANSFER-507808935 \| Reference: CB-Man-2209 | | -171.56 | 126851.31 |
| Received money from LARS HOLMQVIST with reference 9A72990B68804A49A208785625498A1B<br>September 28, 2022 \| Transaction: TRANSFER-504491677 \| Reference: 9A72990B68804A49A208785625498A1B | 7785.00 | | 127022.87 |
| Wise Charges for: TRANSFER-504491677<br>September 28, 2022 \| Transaction: TRANSFER-504491677 \| Reference: 9A72990B68804A49A208785625498A1B | | -4.14 | 119237.87 |
| Sent money to BLIN Analytics Company<br>September 27, 2022 \| Transaction: TRANSFER-503394698 \| Reference: CB-4 | | -2100.00 | 119242.01 |
| Wise Charges for: TRANSFER-503394698<br>September 27, 2022 \| Transaction: TRANSFER-503394698 \| Reference: CB-4 | | -0.39 | 121342.01 |
| Sent money to BLIN Analytics Company<br>September 27, 2022 \| Transaction: TRANSFER-503394028 \| Reference: CB-3 | | -2100.00 | 121342.40 |
| Wise Charges for: TRANSFER-503394028<br>September 27, 2022 \| Transaction: TRANSFER-503394028 \| Reference: CB-3 | | -0.39 | 123442.40 |
| Received money from Mercury with reference CREDIT<br>September 15, 2022 \| Transaction: TRANSFER-496162601 \| Reference: CREDIT | 50000.00 | | 123442.79 |
| Received money from CURZON GREEN SOLICITORS with reference INV-CBUS-CURZONGREEN-10<br>September 12, 2022 \| Transaction: TRANSFER-493721039 \| Reference: INV-CBUS-CURZONGREEN-10 | 2145.00 | | 73442.79 |
| Wise Charges for: TRANSFER-493721039<br>September 12, 2022 \| Transaction: TRANSFER-493721039 \| Reference: INV-CBUS-CURZONGREEN-10 | | -4.14 | 71297.79 |
| Received money from Mercury with reference CREDIT<br>September 9, 2022 \| Transaction: TRANSFER-491875629 \| Reference: CREDIT | 35000.00 | | 71301.93 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>September 8, 2022 \| Transaction: TRANSFER-491077016 \| Reference: CB-Man-2208 | | -29839.16 | 36301.93 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Balance |
|---|---|---|---|
| Wise Charges for: TRANSFER-491077016<br>September 8, 2022 \| Transaction: TRANSFER-491077016 \| Reference: CB-Man-2208 | | -160.84 | 66141.09 |
| Received money from Mercury with reference CREDIT<br>September 6, 2022 \| Transaction: TRANSFER-489993263 \| Reference: CREDIT | 50000.00 | | 66301.93 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>September 5, 2022 \| Transaction: TRANSFER-488474936 \| Reference: CB-Man-2207 | | -29828.44 | 16301.93 |
| Wise Charges for: TRANSFER-488474936<br>September 5, 2022 \| Transaction: TRANSFER-488474936 \| Reference: CB-Man-2207 | | -171.56 | 46130.37 |
| Sent money to Sergio García Fernandez<br>September 5, 2022 \| Transaction: TRANSFER-488473837 \| Reference: CS2022008 | | -11542.44 | 46301.93 |
| Wise Charges for: TRANSFER-488473837<br>September 5, 2022 \| Transaction: TRANSFER-488473837 \| Reference: CS2022008 | | -54.53 | 57844.37 |
| Received money from Mercury with reference CREDIT<br>September 2, 2022 \| Transaction: TRANSFER-487516593 \| Reference: CREDIT | 50000.00 | | 57898.90 |
| Sent money to Joshua Cooper-Duckett<br>September 2, 2022 \| Transaction: TRANSFER-486940943 \| Reference: inv 0009 | | -6016.30 | 7898.90 |
| Wise Charges for: TRANSFER-486940943<br>September 2, 2022 \| Transaction: TRANSFER-486940943 \| Reference: inv 0009 | | -28.65 | 13915.20 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>August 28, 2022 \| Transaction: TRANSFER-483277304 \| Reference: CB-Man-2205 | | -29825.47 | 13943.85 |
| Wise Charges for: TRANSFER-483277304<br>August 28, 2022 \| Transaction: TRANSFER-483277304 \| Reference: CB-Man-2205 | | -174.53 | 43769.32 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>August 26, 2022 \| Transaction: TRANSFER-482353481 \| Reference: CB-Man-2204 | | -29825.47 | 43943.85 |
| Wise Charges for: TRANSFER-482353481<br>August 26, 2022 \| Transaction: TRANSFER-482353481 \| Reference: CB-Man-2204 | | -174.53 | 73769.32 |
| Sent money to Green Stone Business Advisory FZ-LLC<br>August 26, 2022 \| Transaction: TRANSFER-481862691 \| Reference: CB-Man-2203 | | -29828.44 | 73943.85 |
| Wise Charges for: TRANSFER-481862691<br>August 26, 2022 \| Transaction: TRANSFER-481862691 \| Reference: CB-Man-2203 | | -171.56 | 103772.29 |
| Received money from CURZON GREEN SOLICITORS with reference INV-CBUS-CURZONGREEN-09<br>August 8, 2022 \| Transaction: TRANSFER-470544281 \| Reference: INV-CBUS-CURZONGREEN-09 | 3950.00 | | 103943.85 |
| Wise Charges for: TRANSFER-470544281<br>August 8, 2022 \| Transaction: TRANSFER-470544281 \| Reference: INV-CBUS-CURZONGREEN-09 | | -4.14 | 99993.85 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Balance |
|---|---|---|---|
| Received money from VAN MAASAKKER R. AND/OR VAN MAASA with reference INVESTIGATION INV-CBUS-ROBERTVANMAASAKKER-01R<br>August 4, 2022 \| Transaction: TRANSFER-468291497 \| Reference: INVESTIGATION INV-CBUS-ROBERTVANMAASAKKER-01R | 26000.00 | | 99997.99 |
| Wise Charges for: TRANSFER-468291497<br>August 4, 2022 \| Transaction: TRANSFER-468291497 \| Reference: INVESTIGATION INV-CBUS-ROBERTVANMAASAKKER-01R | | -4.14 | 73997.99 |
| Sent money to Internet Escrow Services Inc<br>July 7, 2022 \| Transaction: TRANSFER-444920561 \| Reference: 11952746 | 20000.51 | | 74002.13 |
| Sent money to Internet Escrow Services Inc<br>June 30, 2022 \| Transaction: TRANSFER-444920561 \| Reference: 11952746 | | -20000.00 | 54001.62 |
| Wise Charges for: TRANSFER-444920561<br>June 30, 2022 \| Transaction: TRANSFER-444920561 \| Reference: 11952746 | | -0.51 | 74001.62 |
| Received money from GRAY WOLF ANALYTICS INC. with reference INV-CBUS-GRAYWOLFANALYTICS-02<br>June 22, 2022 \| Transaction: TRANSFER-439982735 \| Reference: INV-CBUS-GRAYWOLFANALYTICS-02 | 370.00 | | 74002.13 |
| Wise Charges for: TRANSFER-439982735<br>June 22, 2022 \| Transaction: TRANSFER-439982735 \| Reference: INV-CBUS-GRAYWOLFANALYTICS-02 | | -4.14 | 73632.13 |
| Received money from SERA GIGI with reference<br>June 13, 2022 \| Transaction: TRANSFER-434343260 | 1469.00 | | 73636.27 |
| Wise Charges for: TRANSFER-434343260<br>June 13, 2022 \| Transaction: TRANSFER-434343260 | | -4.14 | 72167.27 |
| Sent money to Joshua Cooper-Duckett<br>June 12, 2022 \| Transaction: TRANSFER-433946416 \| Reference: inv 0006 | | -3895.75 | 72171.41 |
| Wise Charges for: TRANSFER-433946416<br>June 12, 2022 \| Transaction: TRANSFER-433946416 \| Reference: inv 0006 | | -16.75 | 76067.16 |
| Received money from HOENISCH TOBIAS with reference HOENISCH RETAINER DBSIBNCD<br>June 7, 2022 \| Transaction: TRANSFER-430817725 \| Reference: HOENISCH RETAINER DBSIBNCD | 25000.00 | | 76083.91 |
| Wise Charges for: TRANSFER-430817725<br>June 7, 2022 \| Transaction: TRANSFER-430817725 \| Reference: HOENISCH RETAINER DBSIBNCD | | -4.14 | 51083.91 |
| Converted AUD to USD<br>May 31, 2022 \| Transaction: BALANCE-476592872 | 1593.27 | | 51088.05 |
| Received money from MS MAUREEN ANNA POWERS with reference EXPENSES<br>May 26, 2022 \| Transaction: TRANSFER-423078595 \| Reference: EXPENSES | 2590.00 | | 49494.78 |
| Wise Charges for: TRANSFER-423078595<br>May 26, 2022 \| Transaction: TRANSFER-423078595 \| Reference: EXPENSES | | -4.14 | 46904.78 |

Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Balance |
|---|---|---|---|
| Converted USD to EUR<br>May 12, 2022 \| Transaction: BALANCE-455051918 | | -59749.04 | 46908.92 |
| Wise Charges for: BALANCE-455051918<br>May 12, 2022 \| Transaction: BALANCE-455051918 | | -250.96 | 106657.96 |
| Received money from MS MAUREEN ANNA POWERS with reference INVOICE<br>May 11, 2022 \| Transaction: TRANSFER-414004960 \| Reference: INVOICE | 3600.00 | | 106908.92 |
| Wise Charges for: TRANSFER-414004960<br>May 11, 2022 \| Transaction: TRANSFER-414004960 \| Reference: INVOICE | | -4.14 | 103308.92 |
| Sent money to CHAMP ASSOCIATES<br>May 3, 2022 \| Transaction: TRANSFER-408953449 \| Reference: Return of retainer | | -6502.50 | 103313.06 |
| Wise Charges for: TRANSFER-408953449<br>May 3, 2022 \| Transaction: TRANSFER-408953449 \| Reference: Return of retainer | | -13.01 | 109815.56 |
| Sent money to Joshua Cooper-Duckett<br>May 3, 2022 \| Transaction: TRANSFER-408726047 \| Reference: inv 0005 | | -3866.48 | 109828.57 |
| Wise Charges for: TRANSFER-408726047<br>May 3, 2022 \| Transaction: TRANSFER-408726047 \| Reference: inv 0005 | | -16.64 | 113695.05 |
| Sent money to CHAMP ASSOCIATES<br>April 25, 2022 \| Transaction: TRANSFER-403192888 \| Reference: retainer return | | -10.00 | 113711.69 |
| Wise Charges for: TRANSFER-403192888<br>April 25, 2022 \| Transaction: TRANSFER-403192888 \| Reference: retainer return | | -3.41 | 113721.69 |
| Sent money to ChAMP ASSOCIATES<br>April 25, 2022 \| Transaction: TRANSFER-401739535 \| Reference: Test | 10.51 | | 113725.10 |
| Sent money to ChAMP ASSOCIATES<br>April 21, 2022 \| Transaction: TRANSFER-401739535 \| Reference: Test | | -10.00 | 113714.59 |
| Wise Charges for: TRANSFER-401739535<br>April 21, 2022 \| Transaction: TRANSFER-401739535 \| Reference: Test | | -0.51 | 113724.59 |
| Sent money to Joshua Cooper-Duckett<br>April 1, 2022 \| Transaction: TRANSFER-389890677 \| Reference: inv 0004 | | -4213.78 | 113725.10 |
| Wise Charges for: TRANSFER-389890677<br>April 1, 2022 \| Transaction: TRANSFER-389890677 \| Reference: inv 0004 | | -18.12 | 117938.88 |
| Received money from MS MAUREEN ANNA POWERS with reference BUSSINESS INVESTMENT<br>March 31, 2022 \| Transaction: TRANSFER-389126261 \| Reference: BUSSINESS INVESTMENT | 8990.00 | | 117957.00 |
| Wise Charges for: TRANSFER-389126261<br>March 31, 2022 \| Transaction: TRANSFER-389126261 \| Reference: BUSSINESS INVESTMENT | | -7.50 | 108967.00 |



Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | Incoming | Outgoing | Amount |
|---|---|---|---|
| Received money from ADVOKAADIBUROO MAGNUSSON OU with reference INV-CBUS-MAGNUSSONLAW-02R<br>March 28, 2022 \| Transaction: TRANSFER-387362006 \| Reference: INV-CBUS-MAGNUSSONLAW-02R | 1556.74 | | 108974.50 |
| Wise Charges for: TRANSFER-387362006<br>March 28, 2022 \| Transaction: TRANSFER-387362006 \| Reference: INV-CBUS-MAGNUSSONLAW-02R | | -7.50 | 107417.76 |
| Received money from CURZON GREEN SOLICITORS with reference INV-CBUS-CURZONGREEN-08<br>March 24, 2022 \| Transaction: TRANSFER-385188271 \| Reference: INV-CBUS-CURZONGREEN-08 | 3255.00 | | 107425.26 |
| Wise Charges for: TRANSFER-385188271<br>March 24, 2022 \| Transaction: TRANSFER-385188271 \| Reference: INV-CBUS-CURZONGREEN-08 | | -7.50 | 104170.26 |
| Received money from ANIMOCA BRANDS LIMITED with reference JOVIAL SKY VENTURES LIMITEDID: INV-CBUS-JOVIALSKYVENTURES-03RISSUE DATE : 3/14/2022<br>March 16, 2022 \| Transaction: TRANSFER-381243446 \| Reference: JOVIAL SKY VENTURES LIMITEDID: INV-CBUS-JOVIALSKYVENTURES-03RISSUE DATE : 3/14/2022 | 1820.00 | | 104177.76 |
| Wise Charges for: TRANSFER-381243446<br>March 16, 2022 \| Transaction: TRANSFER-381243446 \| Reference: JOVIAL SKY VENTURES LIMITEDID: INV-CBUS-JOVIALSKYVENTURES-03RISSUE DATE : 3/14/2022 | | -7.50 | 102357.76 |
| Sent money to Paul Jonathan Sibenik<br>March 3, 2022 \| Transaction: TRANSFER-373743880 \| Reference: inv 0036 | | -5500.80 | 102365.26 |
| Received money from ANIMOCA BRANDS LIMITED with reference JOVIAL SKY VENTURES LIMITEDID: INV-CBUS-JOVIALSKYVENTURES-02RISSUE DATE : 02/23/2022<br>February 25, 2022 \| Transaction: TRANSFER-370580010 \| Reference: JOVIAL SKY VENTURES LIMITEDID: INV-CBUS-JOVIALSKYVENTURES-02RISSUE DATE : 02/23/2022 | 1950.00 | | 107866.06 |
| Wise Charges for: TRANSFER-370580010<br>February 25, 2022 \| Transaction: TRANSFER-370580010 \| Reference: JOVIAL SKY VENTURES LIMITEDID: INV-CBUS-JOVIALSKYVENTURES-02RISSUE DATE : 02/23/2022 | | -7.50 | 105916.06 |
| Received money from CHAMP ASSOCIATES with reference<br>February 22, 2022 \| Transaction: TRANSFER-368688559 | 14980.00 | | 105923.56 |
| Wise Charges for: TRANSFER-368688559<br>February 22, 2022 \| Transaction: TRANSFER-368688559 | | -7.50 | 90943.56 |
| Received money from MR SEYMOUR EPSTEIN with reference SERVICES PER CONSULTING AGREEMENT<br>February 17, 2022 \| Transaction: TRANSFER-366383245 \| Reference: SERVICES PER CONSULTING AGREEMENT | 6490.00 | | 90951.06 |
| Wise Charges for: TRANSFER-366383245<br>February 17, 2022 \| Transaction: TRANSFER-366383245 \| Reference: SERVICES PER CONSULTING AGREEMENT | | -7.50 | 84461.06 |

7WISE

**Wise US Inc.**
30 W 26th Street, Floor 6
New York
NY
10010
United States

Wise Payments Limited
Eesti filiaal
Veerenni tn 24, 10135 Tallinn
Reg. 12461545

| Description | | | |
|---|---|---|---|
| Received money from CHAMP ASSOCIATES with reference<br>February 15, 2022 \| Transaction: TRANSFER-365236102 | 7490.00 | | 84468.56 |
| Wise Charges for: TRANSFER-365236102<br>February 15, 2022 \| Transaction: TRANSFER-365236102 | | -7.50 | 76978.56 |
| Converted USD to EUR<br>February 6, 2022 \| Transaction: BALANCE-365422895 | | -1374.18 | 76986.06 |
| Wise Charges for: BALANCE-365422895<br>February 6, 2022 \| Transaction: BALANCE-365422895 | | -5.77 | 78360.24 |
| Received money from BAHRAIN FINANCING COMPANY with reference BEHALF: NASER MOHAMED MAJED NASER ALNOAIMI<br>February 4, 2022 \| Transaction: TRANSFER-358207223 \| Reference: BEHALF: NASER MOHAMED MAJED NASER ALNOAIMI | 7790.00 | | 78366.01 |
| Wise Charges for: TRANSFER-358207223<br>February 4, 2022 \| Transaction: TRANSFER-358207223 \| Reference: BEHALF: NASER MOHAMED MAJED NASER ALNOAIMI | | -7.50 | 70576.01 |
| Sent money to Joshua Cooper-Duckett<br>February 2, 2022 \| Transaction: TRANSFER-358349863 \| Reference: Invoice January | | -4226.56 | 70583.51 |
| Wise Charges for: TRANSFER-358349863<br>February 2, 2022 \| Transaction: TRANSFER-358349863 \| Reference: Invoice January | | -18.19 | 74810.07 |
| Sent money to Securities Software Solution Corporation JSC<br>January 31, 2022 \| Transaction: TRANSFER-341708832 \| Reference: CB-Man-2104 | 54422.46 | | 74828.26 |
| Wise Charges for: TRANSFER-341708832<br>January 31, 2022 \| Transaction: TRANSFER-341708832 \| Reference: CB-Man-2104 | 232.91 | | 20405.80 |
| Received money from KBH KAANUUN LIMITED - OFFICE ACCOUN with reference T2001 INV CBUS KBHKAANUUN 03<br>January 19, 2022 \| Transaction: TRANSFER-351656338 \| Reference: T2001 INV CBUS KBHKAANUUN 03 | 5293.00 | | 20172.89 |
| Wise Charges for: TRANSFER-351656338<br>January 19, 2022 \| Transaction: TRANSFER-351656338 \| Reference: T2001 INV CBUS KBHKAANUUN 03 | | -7.50 | 14879.89 |

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel: +44 (0) 203 6950 999 https://www.wise.com

Need help? Visit **wise.com/help**