# EXHIBIT 25



# opencorporates

The Open Database Of The Corporate World

Company name or number  [Search]

● Companies  ○ Officers

- Log in/Sign up

# INQUISITA SOLUTIONS LTD

Company Number
        HE443355
Status
        Active
Incorporation Date
        3 February 2023 (6 months ago)
Company Type
        Limited Company
Jurisdiction
        [Cyprus](#)
Registered Address

- Ελλάδος, 9,
  STELMIO BUILDING, Floor 1, Flat/Office 102
  8280, Πάφος, Κύπρος
- Cyprus

[Directors / Officers](#)

- JORN HENRIK BERNHARD JANSSEN, secretary
- MANUEL KRIZ, director

Registry Page
        https://efiling.drcor.mcit.gov.cy/Drc...

## Recent filings for INQUISITA SOLUTIONS LTD

3 Feb 2023
Registration of private company with share capital

Compliance Declaration According to the Law

3 Feb 2023
Registration of private company with share capital

Memorandum and Articles

3 Feb 2023
Registration of private company with share capital

Certificate of Incorporation of company

19 Jan 2023
Filing of address of registered office

HE2-Communication of the address of the Registered Office or change to it

19 Jan 2023
Filing of officials

HE3-Particulars in relation to the first directors and secretary
**Source** Cyprus Department of Registrar of Companies and Official Receiver, http://www.mcit.gov.cy/mcit/drcor/drc..., 12 May 2023

update from registry

## Latest Events

2023-02-03 - 2023-02-04
    Addition of officer JORN HENRIK BERNHARD JANSSEN, secretary
2023-02-03 - 2023-02-04
    Addition of officer MANUEL KRIZ, director
2023-02-03
    Incorporated

See all events

**Corporate Grouping** User Contributed

None known. Add one now?
See all corporate groupings
* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information
Data on this page last changed May 19 2023

**Problem/question about this data?** Click here

**API** **Open Data**

For access please Log in / Sign up



**A very different type of data company**

Find out more

# About us

- About

- Blog
- Team
- Governance
- Jobs

# Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

# Help

- API Reference
- Glossary
- Status

# Contact

- Twitter
- Medium
- Newsletter
- Problems with our data?
- Temporary redaction

# Impact

- Impact
- Grants