# EXHIBIT 26

# opencorporates

The Open Database Of The Corporate World

Company name or number [ Search ]

◉ Companies  ○ Officers

- Log in/Sign up

# WHITE ORCHARD CAPITAL LTD

Company Number
 HE423785
Status
 Active
Incorporation Date
 19 July 2021 (almost 2 years ago)
Company Type
 Limited Company
Jurisdiction
 Cyprus
Registered Address

- Ελλάδος, 9,
 STELMIO CENTER, Floor 1, Flat/Office 102
 8020, Πάφος, Κύπρος
- Cyprus

Directors / Officers

- MANUEL KRIZ, director
- MANUEL KRIZ, secretary

Registry Page
 https://efiling.drcor.mcit.gov.cy/Drc...



## Recent filings for WHITE ORCHARD CAPITAL LTD

30 Mar 2022
Alteration of officers and of their particulars

HE4-Notification of change of Officers and of their particulars

30 Mar 2022
Alteration of officers and of their particulars

Other Documents

30 Mar 2022
[Alteration of address of registered office](#)

HE2-Communication of the address of the Registered Office or change to it

30 Mar 2022
[Alteration of address of registered office](#)

Other Documents

20 Oct 2021
[Transfer of shares](#)

HE57-Transfer of shares of private companies

20 Oct 2021
[Transfer of shares](#)

Other Documents

19 Jul 2021
[Registration of private company with share capital](#)

Compliance Declaration According to the Law

19 Jul 2021
[Registration of private company with share capital](#)

Memorandum and Articles

[see all filings](#)
**Source** Cyprus Department of Registrar of Companies and Official Receiver,
[http://www.mcit.gov.cy/mcit/drcor/drc...](http://www.mcit.gov.cy/mcit/drcor/drc...), 18 Apr 2023
update from registry

# Latest Events

2021-07-19 - 2021-10-19
   [Addition of officer MANUEL KRIZ, director](#)
2022-01-14 - 2022-04-13
   [Addition of officer MANUEL KRIZ, secretary](#)
2022-04-13 - 2022-07-13
   [Removal of officer IMRICH VASIL, secretary](#)

[See all events](#)

**Corporate Grouping [User Contributed](#)**

None known. [Add one now?](#)
[See all corporate groupings](#)

# Identifiers

| Identifier System | Identifier | Categories |
|---|---|---|
| LEI | 254900SNWVWNUFL4XQ07 | [details](#) |

* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information

Data on this page last changed June 20 2023

**Problem/question about this data?** Click here

**API Open Data**

For access please Log in / Sign up

**open**corporates

**A very different type of data company**

Find out more

# About us

- About
- Blog
- Team
- Governance
- Jobs

# Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

# Help

- API Reference
- Glossary
- Status

# Contact

- Twitter
- Medium
- Newsletter
- Problems with our data?
- Temporary redaction

# Impact

- Impact
- Grants