# EXHIBIT 27

June 21



Hi Matthew, I just double checked and it looks like the transaction was sent a couple of days ago — no one told me, I figured it would be a wallet that we (CipherBlade PA) would have access to since it was for a CipherBlade PA client. Evidently we don't have access to the wallet — my apologies for the confusion. Given that the remaining balance belongs to CipherBlade PA, I would appreciate it if you could send all remaining funds to an address under our control. I have provided an address you can send all the funds to below:

0x40114A652F724498A0e42ec560B6fBF6311DDB0A

Thanks!

09:17 ✓