# EXHIBIT 28

| | Date | Payee | Description | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 13 | 6-2-2023 | LONGWINGS | | Mercury | | 215.12 |
| 14 | 6-2-2023 | OPENPHONE | Services | Mercury | | 57.61 |
| 15 | 6-2-2023 | OPENPHONE | Services | Mercury | | 57.64 |
| 16 | 6-1-2023 | CipherBlade LLC | Payroll | Mercury | 20230601MMQF invoice 23023 | 7,864.60 |