# EXHIBIT 29



| 5/2/2023 | MIRO.COM | Services | ◄ | Mercury | MIRO.COM | $ | 10.60 |
| 5/2/2023 | CLOUD NMDJW3 | Services | ◄ | Mercury | CLOUD NMDJW3 | $ | 198.23 |
| 5/2/2023 | SCUTE airtable.com | Services | ◄ | Mercury | SCUTE airtable | $ | 200.50 |