UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
CIPHERBLADE, LLC, a Pennsylvania Limited     :
Liability Corporation                        :     **SCHEDULING ORDER**
                                             :
                      Plaintiff,             :     23 Civ. 5671 (AKH)
                                             :
         -against-                           :
                                             :
CIPHERBLADE, LLC, an Alaska Limited          :
Liability Corporation, MANUEL KRIZ,          :
MICHAEL KRAUSE, JORN HENRIK                  :
BERNHARD JANSSEN, SERGIO GARCIA,             :
JUSTIN MAILE, IOANA VIDRASAN,                :
                                             :
and                                          :
                                             :
CIPHERBLADE APAC PTE LTD, a Singapore        :
limited company, JUSSI AITTOLA,              :
                                             :
and                                          :
                                             :
OMEGA3ZONE GLOBAL LTD, a Cyprus limited      :
company, PAUL MARNITZ,                       :
                                             :
and                                          :
                                             :
INQUISITA SOLUTIONS LTD., a Cyprus limited   :
company,                                     :
                                             :
and                                          :
                                             :
GREEN STONE BUSINESS ADVISORY FZ             :
LLC, a United Arab Emirates Limited Liability :
Corporation,                                 :
                                             :
                      Defendants.            :
                                             :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        This Court will hold a hearing concerning Plaintiff's application for a temporary restraining order and other relief, *see* ECF Nos. 8–14, on July 26, 2023, at 11:00 am. The

1

2

hearing shall take place in Courtroom 14D at 500 Pearl Street, New York, New York.  Plaintiff is instructed to promptly serve this order on and contact all Defendants who have been served so that they may appear.

SO ORDERED.

Dated:     July 24, 2023                                            /s/ Alvin K. Hellerstein
             New York, New York                                ALVIN K. HELLERSTEIN
                                                            United States District Judge