UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CipherBlade, LLC, a Pennsylvania Limited Liability Corporation, *et al.*<br><br>     Plaintiffs,<br><br>     v.<br><br>CipherBlade, LLC, an Alaska Limited Liability Corporation, *et al.*<br><br>     Defendants. | Case No. 1:23-cv-05671-AKH<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Michael Scavelli, Esq., of Steptoe & Johnson LLP, 1114 Avenue of the Americas, New York, NY 10036, hereby enters appearance of counsel of record for Defendants CipherBlade, LLC, an Alaska Limited Liability Corporation and Justin Maile in the above captioned action.

  I hereby certify that I am an attorney admitted to practice in this Court.

Dated: New York, New York
   July 25, 2023

STEPTOE & JOHNSON LLP

By: */s/ Michael G. Scavelli*
  Michael G. Scavelli
  STEPTOE & JOHNSON LLP
  1114 Avenue of the Americas
  New York, New York 10036
  Tel: (212) 378-7538
  Fax: (212) 506 3950
  E-mail: mscavelli@steptoe.com

  *Counsel for Defendants CipherBlade, LLC, an Alaska Limited Liability Corporation and Justin Maile*