**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CipherBlade, LLC, a Pennsylvania Limited Liability Corporation, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CipherBlade, LLC, an Alaska Limited Liability Corporation, *et al.*<br><br>Defendants. | Case No. 1:23-cv-05671-AKH<br><br><br><br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant CipherBlade, LLC, an Alaska Limited Liability Corporation, states that it is a non-governmental corporate organization that has no parent corporation and that no publicly-held corporation owns 10% or more of its shares.

Dated: New York, New York
July 25, 2023

STEPTOE & JOHNSON LLP

By: */s/ Evan Glassman*
Evan Glassman
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
E-mail: eglassman@steptoe.com

*Counsel for Defendant CipherBlade, LLC, an Alaska Limited Liability Corporation*