UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CipherBlade, LLC, a Pennsylvania Limited Liability Corporation,<br><br>                     Plaintiff,<br><br>                         v.<br><br>CipherBlade, LLC, an Alaska Limited Liability Corporation, *et al.*<br><br>                     Defendants. | Case No. 1:23-cv-05671-AKH<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jason Meade, Esq., of Steptoe & Johnson LLP, 1114 Avenue of the Americas, New York, NY 10036, hereby enters appearance as counsel of record for Defendants CipherBlade, LLC, an Alaska Limited Liability Corporation and Justin Maile in the above captioned action.

I hereby certify that I am an attorney admitted to practice in this Court.


Dated: New York, New York
         July 26, 2023

STEPTOE & JOHNSON LLP

By: */s/ Jason Meade*
    Jason Meade
    STEPTOE & JOHNSON LLP
    1114 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 506-3903
    Fax: (212) 506 3950
    E-mail: jmeade@Steptoe.com

    *Counsel for Defendants CipherBlade, LLC, an Alaska Limited Liability Corporation and Justin Maile*