

Alex Urbelis
AUrbelis@crowell.com

Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, NY 10022
+1.212.223.4000  main
+1.212.223.4134  fax

July 28, 2023

<u>Via ECF</u>

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:** **CipherBlade LLC (Pennsylvania) v. CipherBlade LLC (Alaska) et al., 1:23-CV-05671-AKH**

Dear Judge Hellerstein:

We write on behalf of our client Plaintiff, CipherBlade LLC ("CipherBlade PA"), as well as Defendants, CipherBlade LLC ("CipherBlade Alaska") and Justin Maile, represented by Steptoe & Johnson LLP, (collectively "the Parties") with regard to the above-referenced matter. The Parties write to request adjournment of the court conference scheduled for Monday, July 31, 2023 at 10:00 am.

The Parties appeared before Your Honor on Wednesday, July 26, 2023 regarding Plaintiff's request for a temporary restraining order ("TRO") and other relief. At that hearing, Your Honor requested that the Parties return on Monday, July 31, 2023 to discuss several outstanding issues. Since that time, the Parties have engaged in meaningful discussions regarding the relief requested in Plaintiff's TRO application and the potential resolution of those requests. Specifically, the Parties have traded proposals regarding certain account access requirements and the exchange of data. While the Parties have not come to an agreement as of the submission of this letter, the Parties believe that there is the potential to come to a fair and equitable arrangement with the benefit of additional time.

For the reasons outlined above, the Parties ask that Your Honor order a short adjournment of the court conference from July 31, 2023 to Thursday, August 3, 2023, so that the Parties may continue discussions in an effort to resolve the relief requested in this motion.

The Parties remain available at the Court's convenience to conference this matter.

Respectfully submitted,

Alex Urbelis