UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x   Case No. 1:23-cv-05671-AKH
CIPHERBLADE, LLC, a Pennsylvania Limited
Liability Corporation,

                 Plaintiff,   **NOTICE OF APPEARANCE**

                v.

CIPHERBLADE, LLC, an Alaska Limited Liability
Corporation, *et al.*,

                 Defendants.
------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned appears as counsel for plaintiff CipherBlade, LLC, a Pennsylvania Limited Liability Corporation herein and requests that all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated:    July 28, 2023
            New York, New York

                          **CROWELL & MORING LLP**

                  By:    *s/Richard J. Stella III*
                          Richard J. Stella III

                          590 Madison Avenue, 20th Floor
                          New York, New York 10022
                          Telephone: (212) 223-4000
                          Facsimile: (212) 223-4134
                          rstella@crowell.com

                          *Attorneys for plaintiff CipherBlade, LLC, a Pennsylvania Limited Liability Corporation*