**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Case No. 1:23-cv-05671-AKH

CIPHERBLADE, LLC, a Pennsylvania Limited Liability Corporation,

        Plaintiff,

    v.

CIPHERBLADE, LLC, an Alaska Limited Liability Corporation, MANUEL KRIZ, MICHAEL KRAUSE, JORN HENRIK BERNHARD JANSSEN, SERGIO GARCIA, JUSTIN MAILE, IOANA VIDRASAN,

and

CIPHERBLADE APAC PTE LTD, a Singapore Limited Company, JUSSI AITTOLA,

and

OMEGA3ZONE GLOBAL LTD, a Cyprus Limited Company, PAUL MARNITZ,

and

INQUISITA SOLUTIONS LTD., a Cyprus Limited Company

and

GREEN STONE BUSINESS ADVISORY FZ LLC, a United Arab Emirates Limited Liability Corporation.,

        Defendants.

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Michael G. Scavelli ,Esq., of Steptoe & Johnson LLP,

1114 Avenue of the Americas, New York, NY 10036, hereby enters appearance as counsel of

record for Defendants Manuel Kriz, Michael Krause, Jorn Henrik, Bernhard Janssen, Ioana

Vidrasan, CipherBlade APAC PTE Ltd., a Singapore Limited Company, Jussi Aittola,

Omega3Zone Global Ltd., a Cyprus Limited Company, Paul Marnitz, Inquisita Solutions Ltd., a

Cyprus Limited Company, and Green Stone Business Advisory FZ LLC, a United Arab Emirates

Limited Liability Corporation (collectively, "Defendants") in the above captioned action.

    I hereby certify that I am an attorney admitted to practice in this Court.


Dated: New York, New York
       August 2, 2023

STEPTOE & JOHNSON LLP

By: */s/ Michael G. Scavelli*
    Michael G. Scavelli
    1114 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 506-3900
    Fax: (212) 506 3950
    E-mail: mscavelli@Steptoe.com

    *Counsel for Defendants*