UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIPHERBLADE, LLC, a Pennsylvania Limited Liability Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIPHERBLADE, LLC, an Alaska Limited Liability Corporation, MANUEL KRIZ, MICHAEL KRAUSE, JORN HENRIK BERNHARD JANSSEN, SERGIO GARCIA, JUSTIN MAILE, IOANA VIDRASAN,<br><br>and<br><br>CIPHERBLADE APAC PTE LTD, a Singapore Limited Company, JUSSI AITTOLA,<br><br>and<br><br>OMEGA3ZONE GLOBAL LTD, a Cyprus Limited Company, PAUL MARNITZ,<br><br>and<br><br>INQUISITA SOLUTIONS LTD., a Cyprus Limited Company<br><br>and<br><br>GREEN STONE BUSINESS ADVISORY FZ LLC, a United Arab Emirates Limited Liability Corporation.,<br><br>　　　　Defendants. | Case No. 1:23-cv-05671-AKH<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jason Meade, Esq., of Steptoe & Johnson LLP, 1114 Avenue of the Americas, New York, NY 10036, hereby enters appearance as counsel of record for Defendants Manuel Kriz, Michael Krause, Jorn Henrik, Bernhard Janssen, Ioana Vidrasan,

CipherBlade APAC PTE Ltd., a Singapore Limited Company, Jussi Aittola, Omega3Zone Global Ltd., a Cyprus Limited Company, Paul Marnitz, Inquisita Solutions Ltd., a Cyprus Limited Company, and Green Stone Business Advisory FZ LLC, a United Arab Emirates Limited Liability Corporation (collectively, "Defendants") in the above captioned action.

I hereby certify that I am an attorney admitted to practice in this Court.

| | |
|---|---|
| Dated: New York, New York<br>August 2, 2023 | STEPTOE & JOHNSON LLP<br><br>By: */s/ Jason Meade*<br>Jason Meade<br>STEPTOE & JOHNSON LLP<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 506-3900<br>Fax: (212) 506 3950<br>E-mail: jmeade@Steptoe.com<br><br>*Counsel for Defendants* |