UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIPHERBLADE, LLC, a Pennsylvania Limited Liability Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIPHERBLADE, LLC, an Alaska Limited Liability Corporation, MANUEL KRIZ, MICHAEL KRAUSE, JORN HENRIK BERNHARD JANSSEN, SERGIO GARCIA, JUSTIN MAILE, IOANA VIDRASAN,<br><br>and<br><br>CIPHERBLADE APAC PTE LTD, a Singapore Limited Company, JUSSI AITTOLA,<br><br>and<br><br>OMEGA3ZONE GLOBAL LTD, a Cyprus Limited Company, PAUL MARNITZ,<br><br>and<br><br>INQUISITA SOLUTIONS LTD., a Cyprus Limited Company<br><br>and<br><br>GREEN STONE BUSINESS ADVISORY FZ LLC, a United Arab Emirates Limited Liability Corporation.,<br><br>　　　　Defendants. | Case No. 1:23-cv-05671-AKH<br><br>**DECLARATION OF**<br>**MICHAEL G. SCAVELLI** |

MICHAEL G. SCAVELLI, hereby declares pursuant to 28 U.S.C. § 1746, the following:

　　　　1.　　I am a Member of the law firm of Steptoe & Johnson LLP, counsel to Defendants CipherBlade, LLC, an Alaska Limited Liability Corporation, Manuel Kriz, Michael Krause, Jorn Henrik, Bernhard Jassen, Justin Maile, Ioana Vidrasan, CipherBlade APAC PTE Ltd., a

Singapore Limited Company, Jussi Aittola, Omega3Zone Global Ltd., a Cyprus Limited Company, Paul Marnitz, Inquisita Solutions Ltd., a Cyprus Limited Company, and Green Stone Business Advisory FZ LLC, a United Arab Emirates Limited Liability Corporation (collectively, "Defendants") in the above captioned action.

2. I respectfully submit this declaration in support of the Defendants' Motion to Dismiss Plaintiff's First Amended Complaint being filed concurrently with this declaration.

3. I attach true and correct copies of the following documents:

| Ex. | Document |
| --- | --- |
| 1 | Complaint filed by CipherBlade, Ltd., a United Kingdom limited company, CipherBlade, LLC, a Pennsylvania Limited Liability Corporation, dated June 30, 2023 (ECF No.1) |
| 2 | Amended Complaint by filed by CipherBlade, LLC, dated July 18, 2023 (ECF No. 7) |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: August 2, 2023

By: /s/ *Michael G. Scavelli*
      Michael G. Scavelli