UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

CIPHERBLADE, LLC, a Pennsylvania Limited
Liability Corporation,

                           Plaintiff,

    -against-

CIPHERBLADE, LLC, an Alaska Limited
Liability Corporation, MANUEL KRIZ,
MICHAEL KRAUSE, JORN HENRIK
BERNHARD JANSSEN, SERGIO GARCIA,
JUSTIN MAILE, IOANA VIDRASAN,

and

CIPHERBLADE APAC PTE LTD, a Singapore
limited company, JUSSI AITTOLA,

and

OMEGA3ZONE GLOBAL LTD, a Cyprus limited
company, PAUL MARNITZ,

and

INQUISITA SOLUTIONS LTD., a Cyprus limited
company,

and

GREEN STONE BUSINESS ADVISORY FZ
LLC, a United Arab Emirates Limited Liability
Corporation.

                           Defendants

------------------------------------------------------------ x

**ORDER DENYING TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

23 Civ. 05671 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Plaintiff filed an amended complaint on July 18, 2023 and moved for a temporary restraining order and preliminary injunction on July 20, 2023. I heard arguments on July 26,

1

2023 and August 3, 2023. Except to the areas of agreement between the parties as defined in the stipulation to be filed on or before August 8, 2023, Plaintiff's motion for emergency relief is denied.

Plaintiff has adopted a new trade name to distinguish itself from others, has been given access to its business records to enable it to compete, and there is no likelihood of confusion. Plaintiff's additional claims based on disparagement also have been resolved. Plaintiff remains free to pursue its lawsuit for damages, so it cannot complain of irreparable damage. For further details regarding this ruling, please see the argument transcripts.

Defendants filed a motion to dismiss the complaint for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1), lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2), and improper venue under Fed. R. Civ. P. 12(b)(3) on August 2, 2023. Plaintiff's opposition papers are due August 24, 2023. Defendant's reply is due September 7, 2023. These dates were agreed upon by the parties, so there will be no adjournments.

SO ORDERED.

Dated:   August 3, 2023
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge