UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

August 3, 2023

Alexander Joseph Urbelis, Esq.
Crowell & Moring LLP
590 Madison Avenue, 20/F
New York, NY 10022

Evan Glassman, Esq.
Steptoe & Johnson, LLP
1114 Avenue of the Americas
New York, NY 10036

Re: *CipherBlade, LLC, et al. v. CipherBlade, Ltd. et al.* – 23 Civ. 5671 (AKH)

Dear Counsel:

I write to repeat the disclosure I made on the record at today's session.

I read in the newspaper that a sizable number of lawyers who previously worked at Stroock & Stroock & Lavan LLP ("Stroock") have joined Steptoe & Johnson, LLP, counsel for the defendants. I was close to a number of these lawyers, including Robert Lewin, Michele Jacobson and Julia Strickland, and Ms. Strickland's daughter had been an intern in my chambers. None of these lawyers from Stroock is involved in this case.

I have no bias in this case and I believe that there is no appearance of bias. To the extent that either of you objects, your objection should be noted in a letter to the Clerk of the Court filed no later than August 10, 2023.

This letter will be made part of the court records.

Very truly yours,

*/s/ Alvin K. Hellerstein*
Alvin K. Hellerstein
United States District Judge (Senior)

cc: Clerk of Court - SDNY