**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CIPHERBLADE, LLC, a Pennsylvania Limited Liability Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CIPHERBLADE, LLC, an Alaska Limited Liability Corporation, *et al.*<br><br>    Defendants. | Case No. 1:23-cv-05671-AKH<br><br><br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Green Stone Business Advisory FZ LLC states that it has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: New York, New York<br>   August 4, 2023 | STEPTOE & JOHNSON LLP<br><br>By: */s/ Evan Glassman*<br>Evan Glassman<br>STEPTOE & JOHNSON LLP<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 506-3900<br>Fax: (212) 506-3950<br>E-mail: eglassman@steptoe.com<br><br>*Counsel for Defendants CipherBlade LLC, an Alaska Limited Liability Corporation, Manuel Kriz, Michael Krause, Jorn Henrik Bernhard Janssen, Justin Maile, Ioana Vidrasan, CipherBlade APAC PTE Ltd., Jussi Aittola, omega3zone Global Ltd., Paul Marnitz, Inquisita Solutions Ltd., and Green Stone Business Advisory FZ LLC* |