SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
August 14, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CIPHERBLADE, LLC, a Pennsylvania Limited Liability Corporation,

        PLAINTIFF,

v.

CIPHERBLADE, LLC, an Alaska Limited Liability Corporation, MANUEL KRIZ, MICHAEL KRAUSE, JORN HENRIK BERNHARD JANSSEN, JUSTIN MAILE, IOANA VIDRASAN,

and

CIPHERBLADE APAC PTE LTD, a Singapore limited company, JUSSI AITTOLA,

and

OMEGA3ZONE GLOBAL LTD, a Cyprus limited company, PAUL MARNITZ,
and

INQUISITA SOLUTIONS LTD., a Cyprus limited company,

and

GREEN STONE BUSINESS ADVISORY FZ LLC, a United Arab Emirates Limited Liability Corporation.

        DEFENDANTS.

Case No. 1:23-CV-05671-AKH

---

**NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    **WHEREAS,** on July 14, 2023 CipherBlade LLC Pennsylvania ("Plaintiff") filed an

Amended Complaint against CipherBlade LLC, an Alaska Limited Liability Corporation, Manuel

Kriz, Michael Krause, Jorn Henrik Bernhard Janssen, Sergio Garcia, Justin Maile, Ioana Vidrasan,

1

CipherBlade APAC PTE Ltd., Jussi Aittola, omega3zone Global Ltd., Paul Marnitz, Inquisita Solutions Ltd., and Green Stone Business Advisory FZ LLC and;

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice that this action is voluntarily dismissed against Sergio Garcia. Defendant Sergio Garcia has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: New York, New York
August 10, 2023

*/s/ Alex Urbelis*

Alexander Joseph Urbelis
Anne Li
James K. Stronski
Richard J. Stella III

CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Fax: (212) 223-4134
AUrbelis@crowell.com
ALi@crowell.com
JStronski@crowell.com
RStella@crowell.com

Counsel for Plaintiff CipherBlade LLC, a Pennsylvania Limited Liability Corporation