UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIPHERBLADE, LLC, a Pennsylvania Limited Liability Corporation<br><br>PLAINTIFF,<br>v.<br><br>CIPHERBLADE, LLC, an Alaska Limited Liability Corporation, MANUEL KRIZ, MICHAEL KRAUSE, JORN HENRIK BERNHARD JANSSEN, JUSTIN MAILE, IOANA VIDRASAN,<br><br>and<br><br>CIPHERBLADE APAC PTE LTD, a Singapore limited company, JUSSI AITTOLA,<br><br>and<br><br>OMEGA3ZONE GLOBAL LTD, a Cyprus limited company, PAUL MARNITZ,<br><br>and<br><br>INQUISITA SOLUTIONS LTD., a Cyprus limited company<br><br>and<br><br>GREEN STONE BUSINESS ADVISORY FZ LLC, a United Arab Emirates Limited Liability Corporation.<br><br>DEFENDANTS. | CASE NO. 1:23-CV-05671-AKH |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**WHEREAS,** on July 14, 2023 CipherBlade LLC Pennsylvania ("Plaintiff") filed an Amended Complaint against CipherBlade LLC, an Alaska Limited Liability Corporation,

1

NYACTIVE-22906871.3

Manuel Kriz, Michael Krause, Jorn Henrik Bernhard Janssen, Sergio Garcia, Justin Maile, Ioana Vidrasan, CipherBlade APAC PTE Ltd., Jussi Aittola, Omega3Zone Global Ltd., Paul Marnitz, Inquisita Solutions Ltd., and Green Stone Business Advisory FZ LLC (collectively "Defendants"), and;

**WHEREAS**, on August 10, 2023, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(i) against Sergio Garcia, dismissing with prejudice only claims against Sergio Garcia;

**NOW THEREFORE**, pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that this action is voluntarily dismissed without prejudice as against all remaining Defendants not previously dismissed with each party to bear its own costs and fees.

Dated: New York, NY
August 23, 2023

Respectfully submitted,

/s/ *Alexander Joseph Urbelis*
Alexander Joseph Urbelis
Anne Li
James Stronski
Richard J. Stella III
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Fax: (212) 223-4134

*Counsel for Plaintiff CipherBlade, LLC, a Pennsylvania Limited Liability Corporation*

2

NYACTIVE-22906871.3